E-FILED
Friday, 27 April, 2007 12:57:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

michael Stevenson )
)
)
Plaintiff, )
)
vs. )
)                No. _____
Dr. Scholz at. el. )                (Supplied by Clerk)
)
)
Defendant(s) )

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND COSTS

I, michael Stevenson, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one)  Single __✓__  Married _____  Separated _____  Divorced _____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?  Yes ( )  No ( )

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay?  This includes prior inmate positions?

2005   $200  A month

D. Have you received money from any other source, including judgments, in the last 6 months?  Yes (✓)  No ( )  If yes, describe each source and state how much you received.

$50 Bobby Clark, $450 Perry Jones-Bey

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $0.11

F.  If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

Please see attached trust fund statement

G.  How much money do you have in private checking or savings accounts?

$0  (Zero)

H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc.  (except for ordinary household furniture and clothing)?  Yes (✓)  No ( )

If yes, describe the property and its approximate value:

T.V.  $140

I.  Do you have any debts or obligations?  Yes (✓)  No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

Northwestern Hospital $1800 approximate, Livingston County Court house aprox. $3,500

No current Payments

J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month.  Also, state how long you have contributed to that support and other means by which your dependents receive support.

Imani Stevenson (Daughter) No means of Payment

K.  Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Stevenson, Michael L.
SIGNATURE

April 11 2007
DATE

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ .11 _____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

Not known
_____

_____

_____

_____

_____


*Beverly J Engelbrecht*
(Authorized Officer)    Beverly J. Engelbrecht

Western Illinois Correctional Center
(Institution)

Trust Fund Officer
(Title)

DATE  April 11, 2007

IMPORTANT:
    THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

**Western Illinois Correctional Center**
**Trust Fund**

d_list_inmate_trans_statement_composite
Inmate Transaction Statement

REPORT CRITERIA  -  Date: 10/01/2006 thru End;     Inmate: N93569;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: N93569 Stevenson, Michael**                  **Housing Unit: WIL-01-B -19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 5.45 |
| 10/11/06 | Point of Sale | 60 Commissary | 284772 | 508386 | Commissary | -2.27 | 3.18 |
| 10/13/06 | Payroll | 20 Payroll Adjustment | 286133 | | P/R month of 09/2006 | 6.80 | 9.98 |
| 10/16/06 | Disbursements | 90 Medical Co-Pay | 289333 | Chk #79564 | 8765, DOC: 523 Fund Reimbursem, Inv. Date: 10/02/2006 | -2.00 | 7.98 |
| 10/27/06 | Mail Room | 01 MO/Checks (Not Held) | 300215 | 5459049538 | Jones, P. | 50.00 | 57.98 |
| 10/27/06 | Mail Room | 01 MO/Checks (Not Held) | 300215 | 5459049551 | Jones, P. | 50.00 | 107.98 |
| 10/27/06 | Mail Room | 01 MO/Checks (Not Held) | 300215 | 5459049540 | Jones, P. | 50.00 | 157.98 |
| 10/27/06 | Mail Room | 01 MO/Checks (Not Held) | 300215 | 5459049562 | Jones, P. | 50.00 | 207.98 |
| 11/09/06 | Payroll | 20 Payroll Adjustment | 313133 | | P/R month of 10/2006 | 10.00 | 217.98 |
| 11/13/06 | Mail Room | 01 MO/Checks (Not Held) | 317216 | 05460727443 | Jones, P. | 50.00 | 267.98 |
| 11/13/06 | Mail Room | 01 MO/Checks (Not Held) | 317216 | 05460727454 | Jones, P. | 50.00 | 317.98 |
| 11/16/06 | Point of Sale | 60 Commissary | 320704 | 511950 | Commissary | -8.74 | 309.24 |
| 11/16/06 | Disbursements | 84 Library | 320333 | Chk #79848 | 9069, DOC: Library Copies,     Inv. Date: 11/02/2006 | -.30 | 308.94 |
| 11/17/06 | Disbursements | 81 Legal Postage | 321333 | Chk #79859 | 8985, DOC: 523 Fund Reimbursem, Inv. Date: 10/26/2006 | -.87 | 308.07 |
| 11/17/06 | Disbursements | 81 Legal Postage | 321333 | Chk #79859 | 9020, DOC: 523 Fund Reimbursem, Inv. Date: 11/01/2006 | -.02 | 308.05 |
| 11/17/06 | Disbursements | 80 Postage | 321333 | Chk #79859 | 8998, DOC: 523 Fund Reimbursem, Inv. Date: 10/30/2006 | -.02 | 308.03 |
| 11/17/06 | Disbursements | 90 Medical Co-Pay | 321333 | Chk #79859 | 8930, DOC: 523 Fund Reimbursem, Inv. Date: 10/20/2006 | -2.00 | 306.03 |
| 11/29/06 | Point of Sale | 60 Commissary | 333719 | 513551 | Commissary | -221.30 | 84.73 |
| 12/08/06 | Point of Sale | 60 Commissary | 342772 | 515032 | Commissary | -38.18 | 46.55 |
| 12/08/06 | Payroll | 20 Payroll Adjustment | 342133 | | P/R month of 11/2006 | 3.74 | 50.29 |
| 12/18/06 | Disbursements | 84 Library | 352333 | Chk #80118 | 9517, DOC: Library Copies,     Inv. Date: 12/18/2006 | -.25 | 50.04 |
| 12/18/06 | Disbursements | 84 Library | 352333 | Chk #80118 | 9457, DOC: Library Copies,     Inv. Date: 12/14/2006 | -2.00 | 48.04 |
| 12/19/06 | Disbursements | 81 Legal Postage | 353333 | Chk #80124 | 9451, DOC: 523 Fund Reimbursem, Inv. Date: 12/13/2006 | -.63 | 47.41 |
| 12/19/06 | Disbursements | 90 Medical Co-Pay | 353333 | Chk #80124 | 9199, DOC: 523 Fund Reimbursem, Inv. Date: 11/17/2006 | -2.00 | 45.41 |
| 12/19/06 | Disbursements | 90 Medical Co-Pay | 353333 | Chk #80124 | 9199, DOC: 523 Fund Reimbursem, Inv. Date: 11/17/2006 | -.25 | 45.16 |
| 12/19/06 | Disbursements | 81 Legal Postage | 353333 | Chk #80124 | 9451, DOC: 523 Fund Reimbursem, Inv. Date: 12/13/2006 | -.87 | 44.29 |
| 12/20/06 | Point of Sale | 60 Commissary | 354751 | 516649 | Commissary | -36.01 | 8.28 |
| 01/04/07 | Point of Sale | 60 Commissary | 004751 | 518138 | Commissary | -7.59 | .69 |
| 01/05/07 | Mail Room | 01 MO/Checks (Not Held) | 005215 | 463165 | Clark, Bobby | 50.00 | 50.69 |
| 01/05/07 | Mail Room | 01 MO/Checks (Not Held) | 005215 | 1208918 | Jones, P. | 50.00 | 100.69 |
| 01/09/07 | Disbursements | 71 Voluntary Restitutions | 009333 | Chk #80311 | 0004615, Ward, Eric,     Inv. Date: 01/08/2007 | -100.19 | .50 |
| 01/12/07 | Payroll | 20 Payroll Adjustment | 012133 | | P/R month of 12/2006 | 10.00 | 10.50 |
| 01/18/07 | Disbursements | 84 Library | 018333 | Chk #80353 | 9712, DOC: 523 Fund Library,     Inv. Date: 01/04/2007 | -.50 | 10.00 |
| 01/18/07 | Disbursements | 84 Library | 018333 | Chk #80353 | 9761, DOC: 523 Fund Library,     Inv. Date: 01/09/2007 | -.20 | 9.80 |
| 01/18/07 | Disbursements | 81 Legal Postage | 018333 | Chk #80361 | 9779, CMRS-PBP  Acct. #362423, Inv. Date: 01/11/2007 | -.87 | 8.93 |
| 01/18/07 | Disbursements | 90 Medical Co-Pay | 018333 | Chk #80362 | 9764, DOC: 523 Fund Inmate Rei, Inv. Date: 01/10/2007 | -6.15 | 2.78 |
| 02/09/07 | Payroll | 20 Payroll Adjustment | 040133 | | P/R month of 01/2007 | 3.06 | 5.84 |

Date:   4/11/2007
Time:   9:12am

d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**
**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA  -  Date: 10/01/2006 thru End;     Inmate: N93569;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: N93569 Stevenson, Michael**                              **Housing Unit: WIL-01-B -19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 02/13/07 | Disbursements | 71 Voluntary Restitutions | 044333 | Chk #80651 | 0004615, Ward, Eric,     Inv. Date: 01/08/2007 | -2.81 | 3.03 |
| 02/13/07 | Disbursements | 71 Voluntary Restitutions | 044333 | Chk #80651 | 0004615, Ward, Eric,     Inv. Date: 01/08/2007 | -2.78 | .25 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 068133 | | P/R month of 02/2007 | 9.52 | 9.77 |
| 03/09/07 | Mail Room | 01 MO/Checks (Not Held) | 068215 | 1418697 | Jones, Perry | 50.00 | 59.77 |
| 03/09/07 | Mail Room | 01 MO/Checks (Not Held) | 068215 | 1418696 | Jones, Perry | 50.00 | 109.77 |
| 03/19/07 | Point of Sale | 60 Commissary | 078772 | 527952 | Commissary | -54.85 | 54.92 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 9959, DOC: 523 Fund Library,     Inv. Date: 01/26/2007 | -.25 | 54.67 |
| 03/19/07 | Disbursements | 84 Library | 078333 | Chk #81042 | 10480, DOC: 523 Fund Library,     Inv. Date: 03/14/2007 | -.45 | 54.22 |
| 03/21/07 | Disbursements | 71 Voluntary Restitutions | 080333 | Chk #81078 | 0004615, Ward, Eric,     Inv. Date: 01/08/2007 | -49.22 | 5.00 |
| 03/29/07 | Point of Sale | 60 Commissary | 088704 | 529719 | Commissary | -4.12 | .88 |
| 04/02/07 | Disbursements | 81 Legal Postage | 092333 | Chk #81190 | 10373, CMRS-PBP  Acct. #36242, Inv. Date: 03/07/2007 | -.87 | .01 |

|  |  |
|---|---|
| Total Inmate Funds: | .01 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .01 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---------|--------|---|-------------|-----------|--------|---------|
| 4615 | 7626 | Ward, Eric | Beginning Balance | 01/08/2007 | 155.00 | .00 |
| | | | | Total: | | .00 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael Stevenson                    )
        Plaintiff                    )
                         )
      vs.                    )          Case No. _____
                         )
Dr. Scholz, R. Zimmerman, Roger E.    )
Walker Jr., melody Ford, D. Fugua, Tara )
Goins, van Strien                    )
_____    )
         Defendant(s)                    )

## COMPLAINT

☑    42 U.S.C. §1983 (suit against state officials for constitutional violations) -

☐    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐    Other_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Michael Stevenson                    , and states as follows:

My current address is: R.R. # 4 Box 196, mt. Sterling, Il. 62353
_____

_____

The defendant Dr. Scholz                    , is employed as Dentist

_____    at Western Illinois correctional center

The defendant R. Zimmerman                    , is employed as Chief Administrative

officer (warden)    at Western Illinois correctional center

he defendant Roger E. Walker Jr.    , is employed as Director of the

Illinois Department of Corr. at Administrative Review Board

he defendant melody Ford                    , is employed as Board member

_____    at Administrative Review Board

(revised 9/96)

The defendant _D. FuguA_ _____, is employed as _Health care Administra-_
_tor_ _____ at _Western Illinois Correctional center_

Additional defendants and addresses _Tara Goins is employed as the_
_grievance officer and van Strien is employed as a_
_Counselor at western Illinois correctional center_

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a
separate page.

<u>LITIGATION HISTORY</u>

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved
in this case?                    Yes        ☐                          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

                    Yes  ☐                          No  ☑

C.  If your answer to B is yes, how many? _____ Describe the lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same
outline.)

  1.  Parties to previous lawsuit:

      Plaintiff(s)      _____

      Defendant(s)      _____

                    _____

  2.  Court (if federal court, give name of district; if state court, give name of county)

_____

  3.  Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence  Western Illinois Correctional Center

Date of the occurrence  9-13-06, 10-6-06, 12-12-06

Witnesses to the occurrence  N/A

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph.  Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

① I was seen by Dr. Scholz, the Dentist here at western Illinois corr. center on 7-5-06 and dianosed as having a gum disease commonly known as gingivitis. upon further request, I was seen by Dr. Scholz an additional two times in which he subsequently Concluded that there was nothing he could do to address my Problem and suggested that I ask for a transfer to a Facility within the Dept. of corr. that can meet my needs. As Suggested, I asked for a transfer to a facility within the D.O.C. with adequate medical Dental care and was denied. Soon thereafter, I filed a grievance claiming denial of a sereous medical Dental need and requested that I Receive some kind of treatment and was also denied. based on the recommendations of Dr. Scholz Stating that there was no need for outside consult.

4

As a result of Dr. Scholz's actions and recommendations, I have been denied medical dental treatment.

3) R. Zimmerman, Roger E. Walker Jr., melody Ford, D. Fugus, Tara Goins, and Vanstrien each acted delibratly indiffrent towards my claim of being denied medical Dental care. They wes each informed in their official colicity and had the Power and oppertunity to intervene and correct and/or remedy Said claims of medical Dental care yet did not. AS a direct result of their individua and combined actions, I have been left with violation of my eighth Admendment Rights guararnteed by the united States constitution.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

THAt I receive dental care appropriate For the treatment of gingivitist or transfered to a Facility within the Dept. corr. that can Provide treatment as well as monetary and Punitive damages for Pain and Suffering as the Court see Fit.

URY DEMAND            Yes      ☐                No  ☑

Signed this _____11ᵗʰ_____ day of _____April_____, 19 200.7

_____Stevenson, Michael_____
( Signature of Plaintiff)

| ᵗme of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael Stevenson | N-93569 |
| dress: R.R.# Box 196 | Telephone Number: |
| Mt. Sterling, Il, 62353 | N/A |



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

February 5, 2007

Michael Stevenson
Register No. N93569
Western Illinois Correctional Center

Dear Mr. Stevenson:

Your correspondence and Committed Person's Grievance form, regarding dental issues, addressed to Governor Blagojevich has been referred to this Department for review and response.

Administrative Review Board has no record indicating this office received your committed person's grievance and Grievance Officer's Report regarding the above issues.  In accordance with established Department Rules, you have 60 days from the time of the incident in which to file a grievance. Upon completion of the institutional grievance review, you may then forward these concerns to the Administrative Review Board for further review.

Sincerely,

Terri Anderson, Manager
Office of Inmate Issues
Administrative Review Board

CC:     Office of the Governor
        Warden Terry Polk, Western Illinois Correctional Center
        Michael Stevenson N93569
        File



**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

February 27, 2007

Michael Stevenson
Register No. N93569
Western Illinois Correctional Center

Dear Mr. Stevenson:

This is in response to your grievance received on November 6, 2006, regarding medical treatment (teeth cleaning not ordered, due to no hygienist on staff), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 06-720, and subsequent recommendation dated October 17, 2006 and approval by the Chief Administrative Officer on October 18, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Roger Zimmerman, Western Illinois Correctional Center
       Michael Stevenson, Register No. N93569
       Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Stevenson_  _Michael_  ___ MI  _N93569_
         Last Name          First Name              IC#

Facility: _WIL_

☑ Grievance (Local Grievance # (if applicable): _____ )   or   ☑ Correspondence

Received: _12/15/06_     Regarding: _Medical_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☑ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____ .
                                                        Date

☐ No justification provided for additional consideration.

Other (specify): _Older Grievances are past timeframe._

Completed by: _Melody J. Ford_          _Melody J Ford  1/19/07_
              Print Name                 Signature          Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

RECEIVED

DEC 15 2006

OFFICE OF
INMATE ISSUES

12 - 12 - 06

Dear Deputy Director Meek

I have made Numerous attempts to get remedy in serious medical (dental) Care yet denied.

My gums continue to bleed, are swollen and in excruciating pain.

Doctor Brown has recently informed me I Need serious medical (dental) Care however, No one concerns Themself

Please respond and have an Emergeny appointment scheduled ASAP!

Respectfully

Michael Stevens

# OFFENDER'S GRIEVANCE

2B14

| Date: 9-13-06 | Offender: (Please Print) Stevenson, Michael C. | ID#: N-93569 |
|---|---|---|
| Present Facility: W.I.C.C. | Facility where grievance issue occurred: W.I.C.C. | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ____ / ____ / ____
  Date of Report         Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I've been to the dentist twice about the Problems with my Gums. They are bleeding and swollen but the dentist says that it's nothing that he can do here and that they dont clean teeth what ever the Problem is I feel as though I'm being denied medical treatment. my gums bleed every day and the Pain is some times unbearable. Can you Please give me some kind of treatment?

**Relief Requested:** That I recieve some kind of treatment

☐ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   ___/___/___
Offender's Signature                  ID#              Date

(Continue on reverse side if necessary)

---

| Counselor's Response (if applicable) | |
|---|---|
| Date Received: 9, 20, 06 | ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:** D. Figure states that Inmwas seen on 10-3-06. Cleanings (Basic) are not performed at WICC due to no dental Hyg[i]enist. Dentist states no need for outside consult.

| VAN STRIEN | Van Stri[en] | 10, 5, 06 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED
OCT 15 2006
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____   _____
Chief Administrative Officer's Signature        Date

**RECEIVED**

**DEC 15 2006**

**OFFICE OF INMATE ISSUES**

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** October 15, 2006    **Date of Review:** October 17, 2006    **Grievance #** (optional): 06-0720

**Offender:** Michael Stevenson      **ID#:** N93569

**Nature of Grievance:** Inmate is grieving medical-dental.

**Facts Reviewed:** Inmate's grievance reviewed. Inmate states that he has been to the dentist twice about the problems with his gums. He states they are bleeding and swollen and the dentist states there is nothing that can be done about it here and that they do not clean teeth here. Inmate requests some type of treatment.

Counselor's response dated 10-5-06 by CCII VanStrien states that D. Fuqua, HCUA, states that inmate was seen on 10-3-06. Cleanings (basic) are not performed at WICC due to no dental hygienist. Dentist states no need for outside consult.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

Tara Goins
Print Grievance Officer's Name         Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-18-06    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

Chief Administrative Officer's Signature      10-18-06
     Date

RECEIVED
DEC 1 5 2006
OFFICE OF
INMATE ISSUES

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Michael L. Stevenson    N-93569    Oct. 24/06
Offender's Signature      ID#      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

2 B14

| Date: 10-6-06 | Committed Person: (Please Print) STEVENSON | ID#: N-93569 |
|---|---|---|

| Present Facility: W.I.C.C. | Facility where grievance issue occurred: W.I.C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ Other (specify): _____
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ____/____/____   _____
   Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Several occasions I made Complaints to the Dentist Informing Him that gums bleed regularly and that my gums and teeth are in Pain. I also let him know that as a result of my Problems, it's becoming difficult for me to Process my food. THE Problem Has worsen and Has yet to be address by the Dentist. He Claims that I need to see a Hygenist (WHich WICC Dont Have) but States that my Problem dont need outside counsel. 720 ILCS 5/3-7-2 (d) States

**Relief Requested:** THAT I Recieve $10,000 A DAY entile I am Seen by A Hygenist as recomended by D. Fugua (WICC Dentist) Starting from Counselor Response Date (10-5-06)

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Michael L. Stevenson*            N-93569        10, 6, 106
Committed Person's Signature         ID#              Date

(Continue on reverse side if necessary)

*(written vertically in right margin:)* of Previous Grievence written on 10-3-06

---

**Counselor's Response** (if applicable)

Date Received: ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

_____    _____    _____
Print Counselor's Name          Counselor's Signature         Date of Response

---

**EMERGENCY REVIEW**

Date Received: 10/10/06    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____    10, 10, 06
Chief Administrative Officer's Signature        Date

RECEIVED
DEC 5 2006
OFFICE OF
INMATE ISSUES

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff. 10/2001) (Replaces DC 5657)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

That All institutions and Facilities of the Dept.
Shall Provide every committed Person with medical and
dental care. BAsed on the Dentist recomendations
my dental needs are being restricted. As Far as I
know a Dental Hygenist cleans teeth, my Problem is
with bleeding and Painful gums and teeth. The Bottom
line is that the Dentist recanizes that I ~~cant~~
~~he resolved at~~ Have a issue that
Cant be resolved at WICC but also says that
there is no need For outside Counsel. The Dentist
has also told ~~me~~ that there are more serious Problems
here at WICC. However the Statue says that all
committed Persons Shall be Provided with medical and
Dental care, not Just the more serious. Again Just
to make clear, my gums are Swollen, bleeding and
in Pain.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

*Part #1 of 3*

| | | |
|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

NATURE OF GRIEVANCE: *(Poisoned Blood)  Grossly Inadequate Medical Treatment*

- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): *Incomplete Distorted Misinformed Responses/Reports*

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report                    Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: *DR415 violations*

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: *Upon entering Western Correctional Center, grievant immediately submitted numerous request to the Health Care Unit for "Emergency" (dental care). Finally, on 7-5-06 he were called to the dental unit, where he explained and showed his chronic need for immediate medical treatment as his gums were bleeding perfusely with extreme pain and discomforting gums, jaw and head pains. The treatment he received were grossly inadequate and hurried in "Cursory Behavior". On 8-6-06 grievant*

Relief Requested: *Immediate Medical/Dental Care provide (Outside Medical/Dental Treatment) Transferred to a facility that is medically/Dentally equipted to provide Grievant's Serious Medical/Dental Treatment.*

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Michael Stevenson* _____   N-93569   12 12 06
Offender's Signature                         ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____ Print Counselor's Name _____   _____ Counselor's Signature _____   _____ Date of Response _____

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____     Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature                    Date

**RECEIVED**
DEC 15 2006
OFFICE OF
INMATE ISSUES

OG) 1.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

were called back to the dental unit after more complaints and request submitted, where he once again explained and showed his condition. He asked at this time if the dentist could or would at least cleanse his teeth (a measure used to prevent further injuries) since no other medical treatments or dental treatments were getting performed. Dr. Schultz denied the request, stating "There's no one employed as a "Hygienist" here at Western and I don't do cleanings". Grievant asked the Doctor/Dentist "How can you examine my mouth and find as clearly can be seen that I am in dire need of immediate medical/dental treatments not because Western Correctional Center does not have the mandatory equipments, nor medical Hygienist I am ignored and not even recommended to an Outside care provider." He responded with shrugged shoulders — stating "that's the way Western does things". I were asked to leave and if I experience more pains and problems put in a request. Once again, grievant submitted a request slip as suggested. The chronic pains, headaches and ability of not being able to eat were unbearable. Finally, on 10-3-06 Dr. Schultz called grievant to the dental unit, where he examined his gums and teeth "informing him" There's nothing we are equipted to perform with your serious condition. Unfortunately; however, I suggest you put in for a facility transfer to get the treatments you so desperately need." Grievant asked why won't Western just take me to an outside hospital or dental center. Dr. Schultz stated, "I doubt that our budget will allow this", grievant stated, "Oh so the whole ordeal is not so much equiptment or Hygienist or you can't perform my treatments, it's a budget concern. How can you over look deliberately my bleeding gums, notice the severe agonizing pains, headaches and mouth discomforts I'm experiencing over this long period of time and only be concern with how much money to spend!" Dr. Schultz asked me to leave, stating again "Submit for A Transfer to Get Better Dental Treatments." Grievant continued to seek remedy for his serious medical dental condition; however, denied any more responses. Therefore, he were forced to make a formal complaint through CDOC 504 grievance procedures; On 9-13-06 grievant submitted his complaint to clinical services against the nature of medical Treatment. He explained that

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

*Part #2 of 3*

| | | |
|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___  _____
      Date of Report        Facility where issued

**Note:**    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: _he had been examined (twice) by Dr. Schottz,_
_who noted the serious bleeding and gum problems he were_
_suffering. Grievant explained in his complaint / grievance_
_of 9-13-06 also, how Dr. Schottz denied any medical-_
_dental treatment, and preventive measures; such as clean-_
_sing his teeth / gums that would prevent further injuries_
_(degenerative gums and tooth decay — painfull swollen gums_
_inflammed gums — teeth loosening with profuse bleeding),_
_and uncontrollable headaches). On 10-5-06 a response_

Relief Requested: _SEE front Page # 1 of 3_
_____

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Michael Stevenson_                    _N-93569_    _12 / 12 / 06_
      Offender's Signature                                ID#            Date

                        **(Continue on reverse side if necessary)**

---

**Counselor's Response** (if applicable)

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                                Administrative Review Board, P.O. Box 19277,
                                                                                Springfield, IL  62794-9277

Response: _____

_____

_____

_____

_____        _____        ___/___/___
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                        ☐ No; an emergency is not substantiated.
                                                                                        Offender should submit this grievance
                                                                                        in the normal manner.

_____                                    ___/___/___
Chief Administrative Officer's Signature                          Date

**RECEIVED**
DEC 15 2006
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS



were made per: Counselor Van Strien who reported that Health Care Administrator Deborah Jugua stated "I/m was seen on 10-3-06. Cleanings (basic) are not performed at WICC due to no dental Hygienist. Dentist stated no need for outside consult." (End of this Response/Report)

On 10-15-06 / 10-18-06 grievance officer Tara Goins made a response/report identical to the response/report of Clinical Service Counselor Van Strien (See 6/o Report), making a Recommendation grievants grievance be denied. Warden Roger Zimmerman concurred. 10-18-06.

These acts are deliberately committed in a sufficiently culpable state of mind. Each denial and distorted, incomplete response/report constitutes a violation(s) of grievants guaranteed constitutional rights as an inmate in the Illinois Department of Corrections. These deliberate acts blatantly violate the established Laws of IDOC medical DR 415. Each Administrator in their proper protocol were, Have and continues to be made aware of the serious medical/dental Need. They have, and continue to be made aware of the failures to Provide Emergency Medical-Dental treatments (Including the urgent necessity to Have an Outside medical/Dental provider treat grievants serious condition. Each Administrator have and continues to be made aware How these denials have and Continues to cause unwanton inflictions of pains - bleedings - Headaches and degenerative gums; However, Each one; (Warden Zimmerman = Health Care Administrator Deborah Jugua = Dr. Scholtz the Dentist) have made their own rules against those established by government and State Law, for inmates of IDOC, grievant included, to deny him treatment for serious medical/dental conditions Needing immediate attention.

In addition, How could the Health Care Administrator make any type of statement as reported, as she only chose to Report to the Counselor Van Strien 10-5-06, (the third visit grievant were examined by Dr. Scholtz). Why did she not provide a complete report as the procedures of IDOC medical/Dental DR 415 Request mandatory. In addition, the medical Records of grievants file are totally, incomplete as to accurate reportings of all dental visits. i.e. Were examined by Dr. Scholtz, from the First visit of 7-5-06

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

Part # 3 of 3

| Date: 12-12-06 | Offender: (Please Print) Stevenson, michael | ID#: N-93569 |
|---|---|---|

| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois |
|---|---|

### NATURE OF GRIEVANCE:

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____
　　　　　　　　　　　　　Date of Report　　　　　　　Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: 8-6-06 the second, prior to 10-3-06 the only visit/Examination Deborah Chugua reported to the counselor for response to grievants grievance. These at best are continued acts of Dexterity. Grievants serious medical condition warrants an immediate Outside Care providers treatment. For his gums are inflamed with excruciating pains, discomforts and headaches. It must be noted in the grievance Officers and counselors responses they each reported what Deborah Chugua said, not the

Relief Requested: SEE Front Page # 1 of 3

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Michael Stevenson_　　　　N-93569　12,12,06
Offender's Signature　　　　　　ID#　　　　Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

| _____ | _____ | _____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____　　_____
Chief Administrative Officer's Signature　　　Date

**RECEIVED**

**DEC 15 2006**

**OFFICE OF**
**INMATE ISSUES**

Distribution: Master File; Offender　　　Page 1　　　DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

(Pg 3)

Doctor/Dentist, stating "Dentist states No need for outside Consult") Where's the Written report of Dr. Schultz who actually examined grievant, not Deborah Snyder. It appears the Dentist has No authority in decision; however if you'd examine the report he wrote 10-3-06, he recorded he suggested I get a transfer to a facility best equipped to accommodate my medical/dental condition.

Once a prison official(s) is aware of a "Serious Medical/Dental Need or Condition;" and be diagnosed of the same, yet denial and delays are committed intentionally (regardless) of a budget interest; these acts are Constitutional violations of both State and Federal Laws. This is deliberate indifference and must be corrected and treated Medically Immediately without bias or retaliation.

Therefore, grievant request all the above be immediately remedied and medically treated, including a facility transfer for the purpose of medical Equipment and Provisions, as Dr. Schultz has suggested to prevent further degeneration of gums, teeth decay, headaches, swollen and inflammed gums, which cannot be treated at Western Corr. Ctr. due to budget, Lack of equipment and dental Hygienist.

Medical (DR 415) Dental = Determine the issue:
      (1.) (Grievant has Not received dental call).
      (2.) (Contact HCU Admin. - She was - made incomplete report)
      (3.) (Grievant is in compliance with IDOC procedures).
      Yet denied Serious Medical Treatment For Dental Needs.

In addition, let it be Noted, Each dentist report of 7-5-06/ 8-6-06/ 10-3-06 were incomplete to all the facts and discussions between Dr. Schultz and Grievant. Dr. Schultz misinformed the records as to (all) the facts and only reported a very small amount of evidence he personally examined on each of grievant's dental visits that would appear No Need to Remedy or properly treat. Why? yet made a recommendation For Facility Transfer to get Adequate Dental Care. (SEE Attached Records)

Printed on Recycled Paper

Part 1 of 3

my copy 1 of 4

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

06-2006 Part #1 of 3

| Date: 12-12-06 | Offender: (Please Print) Stevenson, michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

**NATURE OF GRIEVANCE:** (Poisoned Blood)    Grossly Inadequate

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [X] Other (specify): Incomplete

Medical Treatment

Distorted Misinformed Responses/Reports

- [ ] Disciplinary Report: _____ / _____ / _____
    Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: DR 415 violations

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Upon entering Western Correctional Center, grievant immediately submitted Numerous request to the Health Care Unit for "Emergency" (dental care). Finally, on 7-5-06 he were called to the dental unit, where he explained and showed his chronic need for immediate medical treatment as his gums were bleeding perfusely with extreme pain and discomforting gums, jaw and head pains. The treatment he received were grossly inadequate and hurried in "Cursory Behavior." On 8-6-06 grievant

**Relief Requested:** Immediate Medical/Dental Care provide (Outside Medical/Dental Treatment) Transferred to a Facility that is medically/Dentally equipped to provide Grievants Serious Medical

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael L. Stevenson    N-93569    12/12/06
Offender's Signature    ID#    Date

Dental Treatment:

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 12 / 13 / 06    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Roger Emerson    12/13/06
Chief Administrative Officer's Signature    Date

RECEIVED DEC. 1 3 2006 WESTERN ILLINOIS C.C.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

were called back to the dental unit after more complaints and request submitted, where he once again explained and showed his condition had worsened. He asked at this time if the dentist could or would at least cleanse his teeth (a measure used to prevent further injuries) since no other medical treatments or dental treatments were being performed. Dr. Schultz denied the request, stating, "there's no one employeed as a "Hygienist" here at Western and I don't do cleanings". Grievant asked the Doctor/Dentist, "how can you examine my mouth and find as clearly can be seen that I am in dire need of immediate medical/dental treatments yet because Western Correctional Center does not have the mandatory equiptments, nor medical Hygienist I am ignored and not even recommended to an outside care provider." He responded with shrugged shoulders—stating, "that's the way Western does things" I were asked to leave and if I experience more pains and problems put in a request. Once again, grievant submitted a request slip as suggested. The chronic pains, headaches and ability of not being able to eat were unbearable. Finally, on 10-3-06 Dr. Schultz called grievant to the dental unit, where he examined his gums and teeth "informing him, "there's nothing we are equipted to perform with your serious condition. Unfortunately; however, I suggest you put in for a facility transfer to get the treatments you so desperately need." Grievant asked why won't Western just take me to an outside hospital or dental center, Dr. Schultz stated, "I doubt that our budget will allow this," grievant stated, "Oh so the whole ordeal is not so much equiptment or Hygienist or you can't perform my treatments, it's a budget concern. How can you over look deliberately my bleeding gums, notice the severe agonizing pains, headaches and mouth discomforts I'm experiencing over this long period of time "and only be concern with how much money to spend." Dr. Schultz asked me to leave, stating again "Submit for a transfer to get better dental treatments." Grievant continued to seek remedy for his serious medical/dental condition; however, denied any more responses. Therefore, he were forced to make a formal complaint through EDOC 504 grievance procedures, On 9-13-06 grievant submitted his complaint to clinical Services against the nature of medical treatment. He explained that

Part 2 of 3

MY COPY 2 OF 4

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** he had been examined (twice) by Dr. Schottz, who noted the serious bleeding and gum problems he were suffering. Grievant explained in his complaint / grievance of 9-13-06 also, how Dr. Schottz denied any medical-dental treatment and preventive measures; such as cleaning his teeth / gums that would prevent further inquiries (degenerative gums and tooth decay — painfull swollen gums inflammed gums - teeth loosening with profuse bleeding, and uncontrollable headaches). On 10-5-06 a response

**Relief Requested:** SEE Front Page # 1 of 3

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ / _____ / _____
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |
| | |
| | |
| Print Counselor's Name | Counselor's Signature _____ Date of Response _____ / _____ / _____ |

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance   [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS



Were made per: Counselor Van Strien who reported that Health Care Administrator Deborah Lugua stated "I/m was seen on 10-3-06. Cleanings (basic) are not performed at WICC due to No dental Hygienist. Dentist states no need for outside consult." (End of his response/Report)

On 10-15-06/10-18-06 grievance officer Tara Goins made a response/report identical to the response/report of Clinical Service Counselor Van Strien (See 6/0 Report) making a Recommendation grievantor grievance be denied. Warden Roger Zimmerman concurred. 10-18-06.

These actn are deliberately committed in a sufficiently culpable state of mind. Each denial and distorted, incomplete response/report constitutes a violation(s) of grievants guaranteed constitutional rights as an Inmate in the illinois Department of Corrections. These deliberate actn blatantly violate the established Laws of LDOC medical DR 415. Each Administrator in their proper protocol were, have and continues to be made aware of the serious medical/dental need. They have, and continue to be made aware of the failures to provide Emergency medical-Dental treatments (Including the urgent necessity to have an Outside medical/Dental provider treat grievants serious condition. Each Administrator or have and continues to be made aware how these denials have and continues to cause unwanted inflictions of pains - bleedings - headaches and degenerative gums; honest Each one; (Warden Zimmerman = Health Care Administrator Deborah Lugua = Dr. Schultz the Dentist) have made their own rules against those established government and state Law, for inmates of LDOC, grievant included, to deny him treatment for serious medical/dental conditions needing immediate attention.

In addition, how could the Health Care Administrator make any type of statement as reported, as she only chose to report to the Counselor Van Strien 10-5-06, (the third visit grievant were examined by Dr. Schultz). Why did she not provide a complete report as the procedures of LDOC medical/Dental DR 415 request mandatory. In addition, the medical Records of grievants file are totally incomplete as to accurate reportings of all dental visits he were examined by Dr. Schultz from the First visit of 7-5-06

Part 3 of 3

my copy 3 of 4

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**OFFENDER'S GRIEVANCE**

| Date: 12-12-06 | Offender: (Please Print) Stevenson, michael | ID# N-93509 |
|---|---|---|
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 8-6-06 the second, prior to 10-3-06 the only visit/examination Deborah Shugua reported to the counselor for response to grievants grievance. These at best are continued acts of Dexterity! Grievants serious medical condition warrants an immediate Outside Care providers treatment. For his gums are inflammed with excruciating pains, discomforts and headaches. It must be noted in the grievance Officers and counselors responses they each reported what Deborah Shugua said, not the

**Relief Requested:** See Front Page #1 of 3

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____
Offender's Signature         ID#        Date

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____    _____
Chief Administrative Officer's Signature    Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Doctor/Dentist, stating, "Dentist states No Need for outside Consult"). Where's the written report of Dr. Schotty who actually examined grievant, not Deborah Nugra. It appear the Dentist has No authority in decision; however if you'd Examine the report he wrote 10-3-06, he recorded he suggested I get a transfer to a facility best equipped to accommodate my medical/dental condition.

Once a person official(s) is aware of a "Serious Medical/Dental Need or Condition) and so diagnosed of the same, yet denials and delays are committed intention-ally (regardless of a budget interest) these acts are Constitutional violations of both State and Federal Laws. This is deliberate indifference and must be corrected and treated Medical. Immediately without bias or retaliation.

Therefore, grievant request all the above be immediately remedied and medically treated, including a facility transfer for the purpose of Medical Equipment and Provisions, as Dr. Schotty has suggested to prevent further degeneration of gums, teeth decay, headaches, swollen and inflammed gums, which cannot be treated at Western Corr. Ctr. due to budget, Lack of equipment and dental hygienist.

Medical (DR 415) Dental = Determine the issue:
(1). (grievant has not received (dental call).
(2). (Contact HCU Admin. - She (was, - made incomplete report
(3). (grievant is in compliance with (IDOC procedures).
Yet denied Serious Medical Treatment for Dental Needs.

In addition, Let it be Noted, Each dentist report of 7-5-06/ 8-6-06/ 10-3-06 were incomplete to all the facts and discussions between Dr. Schotty and Grievant. Dr. Schotty misinformed the records as to (all) the facts and only reported a very small amount of evidence he personally examined on each of grievants dental visits that would appear No Need to Remede or properly treats. Why? Yet made a recommendation for facility Transfer to get Adequate Dental Care. (See Attached Record

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

## Grievance Officer's Report

**Date Received:** December 13, 2006_____ **Date of Review:** December 28, 2006_____ **Grievance #** (optional): 06-0898E_____

**Offender:** Michael Stevenson_____ **ID#:** N93569_____

**Nature of Grievance:** Inmate is grieving medical treatment-dental.

**Facts Reviewed:** Emergency Grievance. Inmate's grievance reviewed. Inmate states that he has been requesting to receive emergency dental care. Inmate states that on 7-5-06 he was called to the dental unit and explained his needs. Inmate states he was seen again on 8-6-06 and asked for a cleaning and was informed that WICC does not have a dental hygienist. Inmate states he was seen again on 10-3-06 and Dr. Scholz informed him there is nothing that can be done at WICC and suggested inmate request a transfer to get appropriate medical attention. Inmate states he needs to be seen by an outside specialist since WICC can not give the necessary medical treatment needed. Inmate requests to have immediate medical/dental care provided (outside medical/dental treatment), transferred to a facility that is equipped to provide medical/dental treatment.

Dr. Scholz's response dated 12-19-06 reviewed. He states that IDOC uses the American Public Health Association categorization of Dental Patients (Administrative Directive 04.03.102). Category I being emergency and most severe and category VI being no symptoms or dental treatment needed. In my examination of Mr. Stevenson he appears to fall between category II and category III. Mr. Stevenson problems are not emergent. He has a chronic gingivitis which is generalized, usually a relatively painless gum chronic infection of long standing with some bleeding. Headaches are not addressed by the dental unit but by the physician.

According to OTS, inmate is eligible to request a transfer through his counselor as he has been at WICC for 6 months.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

Tara Goins
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 12-28-06_____ ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

12-28-06
Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Stevenson, Michael L.
_____
Offender's Signature

N-93569
ID#

1-4-07
Date

Distribution: Master File; Offender; AW Programs

Page 1

DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ate/Student Name _
ate/Student I.D.#
ption Facility

N93569   STEVENSON, MICHAEL
Age: 35          DOB: 11/21/1970
Race: BLK        Sex: M

Panorex _____

NRC 04/21/2006          12

Screening
DDS sig

Public Health Classification Screening Dates

eving Inst.

elist

odontics
Surgery
odontics
rative
sthetic

☐ Schedule immediate exam at
  receiving institution
☐ Schedule immediately at
  receiving institution

Pathology

## MEDICAL HISTORY AND REMARKS

Yes   No

Current Medication

... Vascular Disease
...ary Disease/Asthma
...tory
...itis
...ipe (Type
...ics (Type

## EXISTING RESTORATIONS & MISSING TEETH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
R                                      L

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## TREATMENT NEEDED - COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Treatment Needed and
Completed Restorations

Existing Restorations and
Missing Teeth

R          L     R          L

RECEIVED

DEC 15 2006

OFFICE OF
INMATE ISSUES

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|---|---|---|---|---|---|
| APR 2 1 2005 | R&G EXAM, PMHX, ORAL HYGIENE INSTRUCTIONS (O&H) | | | | |
| 8/15/06 8am | R to see DDS for studying exam for X-rays, evaluate gingivitis | [signature] | | | |
| 9/6/06 9am | CHT THR3 - no comp - no problems with gingivitis, continue treating, advised to continue them | [signature] | | | |
| 10/03/06 2:30 p | Adult cleaning, oral hygiene instructions, scaling not thorough, suggested recall to register | [signature] | | | |
| 10/24/06 1:50 p | N/S for running ago possibly a limited exam possibly | X [signature] | | | |

DC 7126 (Rev. 10/87)
IL 426-0018

10-30-06

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 10, 29, 06

Offender Name Stevenson  ID# N-93569  Housing Unit 2-B-14

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Legal mail Regarding Grievence about teeth

Dental not fixed

☐ I hereby authorize payment of postage for the attached mail.  ☐  I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Stevenson  ID# N-93569

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 02 cents.

Distribution:  Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

---

12-13-06

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 12-12-06

Offender Name Stevenson  ID# N-93569  Housing Unit 2-B-14

Pay to _____

Address Legal Mail Only  Dep. Dir. meek  DR-4/S

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.  ☐  I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Stevenson  ID# N-93569

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of 0 dollars and 63 cents.

Distribution:  Business Office, Offender

*Printed on Recycled Paper*

privileged

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

12-1306

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____    Date 12/12/06

Offender Name Stevenson    ID# N-93569    Housing Unit 2 B14

Pay to _____ Gov. B. DR-415

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Steven    ID# N-93569

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 0 dollars and 87 cents.

1 privilege

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____    Date 1/4/07

Offender Name Stevenson    ID# N93569    Housing Unit Seg 14

Pay to    STATE OF ILLINOIS

Address _____

City, State, Zip _____

The sum of _____ 0 dollars and 20 cents charged to my trust fund

account, for the purpose of    4    LEGAL COPIES @ 5¢ ea.

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature X Stevenson    ID# X N-93569

Witness Signature Molson

☑ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)