E-FILED
Friday, 27 April, 2007 03:00:16 PM
Clerk, U.S. District Court, ILCD

FILED
APR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

michael Stevenson            )
    Plaintiff,            )
vs.                          ) No. _____
Dr. Scholz at, el.           )
    Defendant(s)        )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, michael Stevenson, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

N/A

3. In further support of my motion, I declare that (check appropriate answer):

✓    I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

____    I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

✓     I have attached an original application to proceed in forma pauperis detailing my financial status.

_____     I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____     I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

*Stevenson, Michael L.*
Movant's Signature

*R.R. # 4 Box 146*
Street Address

*Mt. Sterling Il, 62353*
City/State/Zip Code

Date: *April 11 2007*

10/94