**E-FILED**
Monday, 14 May, 2007 01:32:15 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Michael Stevenson )
Plaintiff )
)
vs. )          Case No. _____
)
Dr. Scholz, R. Zimmerman, Roger E. )
Walker Jr., melody Ford, D. Fugua, Tara )
Goins, van Strien )
_____ )
Defendant(s) )

## COMPLAINT

☑   42 U.S.C. §1983 (suit against state officials for constitutional violations) -

☐   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐   Other_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Michael Stevenson _____, and states as follows:

My current address is: R.R. # 4 Box 196, mt. Sterling, Il. 62353
_____

The defendant Dr. Scholz _____, is employed as Dentist _____
_____ at Western Illinois correctional center

The defendant R. Zimmerman _____, is employed as Chief Administrative
officer (warden) _____ at western Illinois correctional center

The defendant Roger E. Walker Jr. , is employed as Director of the
Illinois Department of corr. at Administrative Review Board

The defendant melody Ford _____, is employed as BOARd member
_____ at Administrative Review BoArd

(revised 9/96)

The defendant D. FuguA _____, is employed as Health Care Administra-tor _____ at Western Illinois Correctional Center

Additional defendants and addresses Tara Goins is employed as the grievance officer and van Strien is employed as a Counselor at Western Illinois correctional center

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?       Yes ☐       No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?       Yes ☐       No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

_____

2. Court (if federal court, give name of district; if state court, give name of county)

_____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?    Yes ☑    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?    Yes ☑    No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?    Yes ☑    No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence Western Illinois Correctional center

Date of the occurrence 9-13-06, 10-6-06, 12-12-06

Witnesses to the occurrence N/A

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims
should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

① I was seen by Dr. Scholz, the Dentist here at western Illinois corr. center on 7-5-06 and dianosed as having a gum disease commonly known as gingivitis. upon further request, I was seen by Dr. Scholz an additional two times in which he subsequently concluded that there was nothing he could do to address my problem and suggested that I ask for a transfer to a facility within the Dept. of corr. that can meet my needs. As suggested, I asked for a transfer to a facility within the D.O.C. with adequate medical Dental care and was denied. Soon thereafter, I filed a grievance claiming denial of a sereous medical Dental need and requested that I receive some kind of treatment and was also denied. based on the recommendations of Dr. Scholz stating that there was no need for outside consult.

4

As a result of Dr. Scholz's actions and recommendations, I have been denied medical dental treatment.

3) R. Zimmerman, Roger E. Walker Jr., melody Ford, D. Fugus, Tara Goins, and vanstrien each acted delibratly indiffrent towards my claim of being denied medical Dental care. They wes each informed in their official coliciry and had the Power and oppertunity to intervene and correct and/or remedy said claims of medical dental care yet did not. As a direct result of their individua and combined actions, I have been left with violation of my eighth Admendment Rights guararnteed by the united States constitution.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

THAT I receive dental care appropriate for the treatment of gingivitist or. transfered to a Facility within the Dept. corr. that can provide treatment as well as monetary and Punitive damages for Pain and suffering as the Court see fit.

URY DEMAND          Yes  ☐                    No  ☑

Signed this ___11th___ day of ___April___, 19 ___2007___

___Stevenson, Michael___
( Signature of Plaintiff)

| | |
|---|---|
| me of Plaintiff:<br>Michael Stevenson | Inmate Identification Number:<br>N-93569 |
| dress: R.R.# Box 196<br>Mt. Sterling, Il. 62353 | Telephone Number:<br>N/A |



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

February 5, 2007

Michael Stevenson
Register No. N93569
Western Illinois Correctional Center

Dear Mr. Stevenson:

Your correspondence and Committed Person's Grievance form, regarding dental issues, addressed to Governor Blagojevich has been referred to this Department for review and response.

Administrative Review Board has no record indicating this office received your committed person's grievance and Grievance Officer's Report regarding the above issues. In accordance with established Department Rules, you have 60 days from the time of the incident in which to file a grievance. Upon completion of the institutional grievance review, you may then forward these concerns to the Administrative Review Board for further review.

Sincerely,

Terri Anderson, Manager
Office of Inmate Issues
Administrative Review Board

CC:    Office of the Governor
       Warden Terry Polk, Western Illinois Correctional Center
       Michael Stevenson N93569
       File



**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

February 27, 2007

Michael Stevenson
Register No. N93569
Western Illinois Correctional Center

Dear Mr. Stevenson:

This is in response to your grievance received on November 6, 2006, regarding medical treatment (teeth cleaning not ordered, due to no hygienist on staff), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 06-720, and subsequent recommendation dated October 17, 2006 and approval by the Chief Administrative Officer on October 18, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:   Warden Roger Zimmerman, Western Illinois Correctional Center
      Michael Stevenson, Register No. N93569
      Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

*ARB*

Offender: _Stevenson_ _Michael_ _____ _N93569_
         Last Name          First Name        MI        ID#

Facility: _WIL_

☑ Grievance (Local Grievance # (if applicable): _____ )   or   ☑ Correspondence

Received: _12/15/06_          Regarding: _Medical_
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☑ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL   62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to:  Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL   62706

**No further redress:**

- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____ / _____ / _____ .
                                              Date
- ☐ No justification provided for additional consideration.

Other (specify): _Older Grievances are past timeframe._

Completed by: _Melody J. Ford_          _Melody J Ford_  _1/19/07_
             Print Name                    Signature        Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

12-12-06

**RECEIVED**

DEC 15 2006

OFFICE OF
INMATE ISSUES

Dear Deputy Director Meek

I have made Numerous attempts to get remedy in serious medical (dental) Care yet denied.

My gums continue to bleed, are swollen and in excruciating pain.

Doctor Brown has recently informed me I Need serious medical (dental) Care however, No one concerns Themself

Please respond and have an Emergeng appointment scheduled ASAP!

Respectfully

Michael Stevens

# OFFENDER'S GRIEVANCE

2314

| | | |
|---|---|---|
| Date: 9-13-06 | Offender: (Please Print) Stevenson, Michael C. | ID#: N-93569 |
| Present Facility: W.I.C.C. | Facility where grievance issue occurred: W.I.C.C. | |

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____  _____
      Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I've been to the dentist twice about the Problems with my Gums. They are bleeding and swollen but the dentist Says that it's nothing that he can do here and that they dont clean teeth. What ever the Problem is I feel as though I'm being denied medical treatment. my gums bleed every day and the Pain is some times unbearable. Can you Please give me Some kind of treatment?

**Relief Requested:** That I recieve Some kind of treatment

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  _____
Offender's Signature    ID#    Date

*(Continue on reverse side if necessary)*

---

| | |
|---|---|
| **Counselor's Response** (if applicable) | |

| | |
|---|---|
| Date Received: 9, 20, 06 | [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:** D. Fugua States that I'm was seen on 10-3-06. Cleanings (Basic) are not performed at WICC due to no dental Hygenist. Dentist States no need for outside Consult.

| | | |
|---|---|---|
| VAN STRIEN | Van Stn | 10, 5, 06 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| | |
|---|---|
| **EMERGENCY REVIEW** | |
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

RECEIVED
OCT 15 2006
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

_____  _____
Chief Administrative Officer's Signature    Date

**RECEIVED**

**DEC 15 2006**

**OFFICE OF INMATE ISSUES**

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** October 15, 2006          **Date of Review:** October 17, 2006          **Grievance #** (optional): 06-0720

**Offender:** Michael Stevenson          **ID#:** N93569

**Nature of Grievance:**  Inmate is grieving medical-dental.

**Facts Reviewed:** Inmate's grievance reviewed.  Inmate states that he has been to the dentist twice about the problems with his gums.  He states they are bleeding and swollen and the dentist states there is nothing that can be done about it here and that they do not clean teeth here.  Inmate requests some type of treatment.

Counselor's response dated 10-5-06 by CCII VanStrien states that D. Fuqua, HCUA, states that inmate was seen on 10-3-06.  Cleanings (basic) are not performed at WICC due to no dental hygienist.  Dentist states no need for outside consult.

**Recommendation:**  Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

Tara Goins
_Print Grievance Officer's Name_                     _Grievance Officer's Signature_

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 10-18-06          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

RECEIVED
DEC 15 2006
OFFICE OF
INMATE ISSUES

_Chief Administrative Officer's Signature_                     10-18-06
_Date_

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Michael L. Stevenson          N-93569          Oct. 24/06
_Offender's Signature_                _ID#_                _Date_

Distribution:  Master File; Offender; AW Programs                Page 1                DOC 0047 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

2 B14

| Date: 10-6-06 | Committed Person: (Please Print) STEVENSON | ID#: N-93569 |

| Present Facility: W.I.C.C. | Facility where grievance issue occurred: W.I.C.C. |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___     _____
              Date of Report               Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

**Brief Summary of Grievance:** On Several Occasions I made
complaints to the Dentist Informing Him that
gums bleed regularly and that my gums and
teeth are in Pain. I also let him know that as
a result of my Problems, it's becoming difficult for
me to Process my food. THE Problem Has worsen
and Has yet to be address by the Dentist. He
Claims that I need to see a Hygenist (WHich WICC
Dont Have) but states that my Problem dont need
outside counsel. 720 ILCS 5/3-7-2(d) States

**Relief Requested:** THAT I recieve $10,000 A DAY entile I am
seen by A Hygenist as recomended by D.Fugua
(WICC Dentist) Starting from Counselor Response Date (10-5-06)

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*(in right margin, vertical):* For Previous Grievance written on 10-13-06

| Michael L. Stevenson | N-93569 | 10, 6 , 06 |
| Committed Person's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: 10 / 10 / 06 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

_____      10 / 10 / 06
Chief Administrative Officer's Signature           Date

**RECEIVED**

**DEC 5 2006**

**OFFICE**
**INMATE ISSUES**

Distribution: Master File; Committed Person            Page 1              DOC 0046 (Eff. 10/2001)
                                    Printed on Recycled Paper            (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE (Continued)

That All institutions and Facilities of the Dept.
Shall Provide every committed Person with medical and
dental care. BAsed on the Dentist recommendations
my dental needs are being restricted. As Far as I
know a Dental Hygenist cleans teeth. my Problem is
with Bleeding and Painful gums and teeth. The Bottom
line is that the Dentist recognizes that I ~~cant~~
~~is~~ ~~is not~~ ~~resolved~~ Have a issue that
Cant be resolved at WICC but also says that
there is no need for outside counsel. The Dentist
has also told ~~me~~ that there are more serious Problems
here at WICC. However the statue says that all
committed Persons shall be Provided with medical and
Dental care, not Just the more serious. Again Just
to make clear, my gums are swollen, bleeding and
in Pain.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

Part #1 of 3

| | | |
|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance Issue occurred: Western Illinois | |

NATURE OF GRIEVANCE:    (Poisened Blood)    Grossly Inadequate Medical Treatment

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Incomplete Distorted Misinformed Responses/Reports

- [ ] Disciplinary Report: ____/____/____
  Date of Report                Facility where issued

**Note:**   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:  DR415 violations
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Upon entering Western Correctional Center, grievant immediately submitted Numerous request to the Health Care Unit for "Emergency" (dental care). Finally, on 7-5-06 he were called to the dental unit, where he explained and showed his chronic need for immediate medical treatment as his gums were bleeding perqusely with extreme pain and discomforting gum, jaw and head pains. The treatment he received were grossly inadequate and hurried in "Cursory Behavior". On 8-6-06 grievant

Relief Requested: Immediate Medical/Dental Care provide (Outside Medical/Dental Treatment) Transferred to a facility that is medically/Dentaly equipted to provide Grievant's Serious Medical/Dental Treatment.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Stevenson                    N-93569  12-12-06
   Offender's Signature                    ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____          Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**RECEIVED**

DEC 15 2006

Chief Administrative Officer's Signature                    Date

**OFFICE OF INMATE ISSUES**

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Master File; Offender            Page 1            DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

OR) 1.

were called back to the dental unit after more complaints and request submitted, where he once again explained and showed his condition had worsened. He asked at this time if the dentist could or would at least cleanse his teeth (a measure used to prevent further injuries) since no other medical treatments or dental treatments were getting performed. Dr. Schultz denied the request stating "There's no one employed as a "Hygienist" here at Western and I don't do cleanings". Grievant asked the Doctor/Dentist "how can you examine my mouth and find as clearly can be seen that I am in dire need of immediate medical/dental treatments not because Western Correctional Center does not have the mandatory equipments, nor medical Hygienist I am ignored and not even recommended to an outside care provider." He responded with shrugged shoulders - stating "that's the way Western does things" I were asked to leave and if I experience more pains and problems put in a request. Once again, grievant submitted a request slip as suggested. The chronic pains, headaches and ability of not being able to eat were unbearable. Finally, on 10-3-06 Dr. Schultz called grievant to the dental unit, where he examined his gums and teeth "informing him" There's nothing we are equipted to perform with your serious condition. Unfortunately; however, I suggest you put in for a facility transfer to get the treatments you so desperately need." Grievant asked why won't Western just take me to an outside hospital or dental center. Dr. Schultz stated, "I doubt that our budget will allow this", grievant stated, "Oh so the whole ordeal is not so much Deguipment or Hygienist or you can't perform my treatments, it's a budget concern. How can you over look deliberately my bleeding gums, notice the severe agonizing pains, headaches and mouth discomforts I'm experiencing over this long period of time and only be concern with how much money to spend!" Dr. Schultz asked me to leave, stating again "Submit for a transfer to get better dental treatments" Grievant continued to seek remedy for his serious medical dental condition; however, denied any more responses. Therefore, he were forced to make a formal complaint through enoc 504 grievance procedures. On 9-13-06 grievant submitted his complaint to Clinical Services against the nature of medical treatment. He explained that

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

*Part #2 of 3*

| | | |
|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report     Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: he had been examined (twice) by Dr. Schottz, who noted the serious bleeding and gum problems he were suffering. Grievant explained in his complaint/grievance of 9-13-06 also, how Dr. Schottz denied any medical-dental treatment, and preventive measures; such as cleansing his teeth/gums that would prevent further injuries, (degenerative gums and tooth decay – painfull swollen gums – inflammed gums – teeth loosening with perfuse bleeding, and uncontrollable Headaches). On 10-5-06 a response

Relief Requested: SEE front Page #1 of 3

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Stevenson    N-93569    12/12/06
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature    Date

**RECEIVED**
DEC 15 2006
OFFICE OF
INMATE ISSUES

Distribution:  Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper



ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)



Were made per: Counselor Van Strien who reported that Health Care Administrator Deborah Ingua stated "I/m was seen on 10-3-06. Cleanings (basic) are not performed at WICC due to no dental Hygienist. Dentist states no need for outside consult." (End of his response/Report)

On 10-15-06 / 10-18-06 grievance officer Tara Goins made a response/report identical to the response/report of clinical service counselor Van Strien (See 6/0 Report), making a Recommendation grievants grievance be denied. Warden Roger Zimmerman concurred. 10-18-06.

These acts are deliberately committed in a sufficiently culpable state of mind. Each denial and distorted, incomplete response/report constitutes a violation(s) of grievants guaranteed Constitutional rights as an inmate in the Illinois Department of Corrections. These deliberate acts blatantly violate the established Laws of IDOC medical DR 415. Each Administrator in their proper protocol were, Have and continues to be made aware of the serious medical/dental need. They have, and continue to be made aware of the failures to provide Emergency medical-Dental treatments (including the urgent necessity to have an Outside medical/Dental provider treat grievants serious condition. Each Administrator have and continues to be made aware how these denials have and continues to cause unwanton inflictions of pains - bleedings - headaches and degenerative gums; However, Each one; (Warden Zimmerman - Health Care Administrator Deborah Ingua - Dr. Schott the Dentist) have made their own rules against those established government and State Laws, for inmates of IDOC, grievant included, to deny him treatment for serious medical/dental conditions needing immediate attention.

In addition, how could the Health Care Administrator make any type of statement as reported, as she only chose to report to the counselor Von Strien 10-5-06, (the third visit grievant were examined by Dr. Schott). Why did she not provide a complete report as the procedures of IDOC medical/Dental DR 415 request mandatory. In addition, the medical Records of grievants file are totally incomplete as to accurate reportings of all dental visits i.e. were examined by Dr Schotty from the first visit of 7-5-06

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

Part #3 of 3

| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93509 |
|---|---|---|
| Present Facility: Western Illinois | Facility where grievance Issue occurred: Western Illinois | |

### NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____
     Date of Report          Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Brief Summary of Grievance: 8-6-06 the second; prior to 10-3-06 the only visit/examination Deborah Tnugua reported to the counselor for response to grievants grievance. These at best are continued acts of Dexterity. Grievants serious medical condition warrants an immediate Outside Care providers treatment. For his gums are inflamed with excruciating pains, discomforts and Headaches. It must be noted in the grievance officers and counselor responses they each reported what Deborah Tnugua said, not the

Relief Requested: SEE FRONT PAGE #1 OF 3

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Stevenson                    N-93509    12,12,06
    Offender's Signature                    ID#        Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

### EMERGENCY REVIEW

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

**RECEIVED**
DEC 15 2006
OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS

Page 1

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

(P.3)

Doctor/Dentist; stating "Dentist states No need for outside Consult"; Where's the Written report of Dr. Schultz who actually examined grievant, not Deborah Snugar. It appears the Dentist has No authority in decision; However if you'd examine the report he wrote 10-3-06, he recorded he suggested I get a transfer to a facility best equipped to accommodate my medical/dental condition.

Once a prison official(s) is aware of a "Serious Medical/Dental Need or Condition) and be diagnosed of the same, yet denial and delay are committed intentionally (regardless) of a budget interest) these acts are Constitutional violations of both State and Federal Laws. this is deliberate indifference and must be corrected and treated Medically Immediately without bias or retaliation.

Therefore, grievant request all the above be immediately remedied and medically treated, including a facility transfer for the purpose of Medical Equipment and Provisions, as Dr. Schultz has suggested to prevent further degeneration of gums, teeth decay, headaches, swollen and inflammed gums, which cannot be treated at Western Corr. Ctr. due to budget, Lack of equipment and dental hygienist.

Medical (DR 415) Dental = Determine the issue:
      (1) (grievant has Not received (dental call).
      (2) (Contact HCU Admin. - She was - made incomplete report)
      (3) (grievant is in compliance with (IDOC procedures).
      Yet denied Serious Medical Treatment For Dental Needs.

In addition, let it be Noted, Each dentist report of 7-5-06/ 8-6-06/ 10-3-06 were incomplete to all the facts and discussions between Dr. Schultz and Grievant. Dr. Schultz misinformed the records as to (all) the facts and only reported a very small amount of evidence he personally examined on each of grievants dental visits that would appear No Need to Remedy or properly treat. Why? Yet made a recommendation For Facility Transfer to get Adequate Dental Care. (SEE Attached Records)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

06-5009 ~~Part #1 of 3~~

| Date: 12-12-06 | Offender: (Please Print) Stevenson, michael | ID#: N-93569 |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois |

**NATURE OF GRIEVANCE:**  *(Poisoned Blood)*   Grossly Inadequate

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] Disability   *Medical Treatment*
- [ ] HIPAA
- [X] Other (specify): *Incomplete Distorted Misinformed Responses/Reports*

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: ~~DR415 violations~~

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Upon entering Western Correctional Center, grievant immediately submitted Numerous request to the Health Care Unit for "Emergency" (dental care). Finally, on 7-5-06 he were called to the dental unit, where he explained and showed his chronic need for immediate medical treatment as his gums were bleeding perfusely with extreme pain and discomforting gum, jaw and head pains. The treatment he received were grossly inadequate and hurried in "Cursory Behavior." On 8-6-06 grievant

Relief Requested: Immediate medical/Dental Care provide (Outside medical/Dental Treatment) Transferred to a Facility that is medically/Dentally equipted to provide Grievant's Serious medical/

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self. ) Dental Treatment

| Michael L. Stevenson | N-93564 | 12/12/06 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 12/13/06

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

*RECEIVED DEC. 1 3 2006 WESTERN ILLINOIS C.C. FREQUENT GRIEVANCER*

| Roger _____ | 12/13/06 |
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

*(handwritten right margin: My Copy 1 of 4)*

*(top right handwritten: Part 1 of 3)*

were Called back to the dental unit after more complaints and request submitted, where he once again explained and showed his condition had worsened. He asked at this time if the dentist Could or would at least cleanse his teeth (a measure used to prevent further injuries) since No other medical treatments or dental treatments were getting performed. Dr. Schultz denied the request, stating "There's No one employeed as a "Hygenist" here at Western and I don't do cleanings". Grievant asked the Doctor/Dentist "How can you examine my mouth and find as clearly can be seen that I am in dire need of immediate medical/Dental treatments yet because Western Correctional Center does not have the mandatory equiptments, nor medical Hygenist I am ignored and Not even Recommended to an outside care provider". He responded with shrugged shoulders—stating "that's the way Western does things". We were asked to leave and if I experience more pains and problems put in a request. Once again, grievant submitted a request slip as suggested. The Chronic pains, headaches and ability of Not being able to eat were unbearable. Finally, on 10-3-06 Dr. Schultz called grievant to the dental unit, where he examined his gums and teeth 'informing him' "There's Nothing we are equiptted to perform with your serious condition. unfortunately; however, I suggest you put in for a facility transfer to get the treatments you so desperately Need." Grievant asked "why wont Western just take me to an outside hospital or dental Center. Dr. Schultz stated "I don't that our budget will allow this," grievant stated, "Oh so the whole ordeal is Not so much equiptment or Hygenist or you can't perform my treatments, it's a budget concern. How can you over look deliberately my bleeding gums, notice the severe agonizing pain, headaches and mouth discomforts I'm experiencing over this long period of time and only be Concern with how much money to spend." Dr. Schultz asked me to leave, stating again "Submit for A Transfer to Get Better Dental Treatments." Grievant continued to seek remedy for his serious medical dental condition; however, denied any more responses. Therefore, he were forced to make a formal complaint through EDOC 504 grievance procedures. On 9-13-06 grievant submitted his complaint to Clinical Services against the nature of medical treatment. He explained that

*Part #2 of 3*

MY COPY 2 OF 4

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | | |
|---|---|---|---|
| Date: 12-12-06 | Offender: (Please Print) Stevenson, Michael | ID#: N-93569 | |
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____      _____
  Date of Report                          Facility where issued

**Note:**  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** he had been examined (twice) by Dr. Schott, who noted the serious bleeding and gum problems he were suffering. Grievant explained in his complaint/grievance of 9-13-06 also, how Dr. Schott denied any medical-dental treatment and preventive measures; such as cleaning his teeth/gums that would prevent further injuries (degenerative gums and tooth decay — painfull swollen gums inflammed gums - teeth loosening with profuse bleeding, and uncontrollable headaches). On 10-5-06 a response

**Relief Requested:** SEE front Page #1 of 3

[X] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____      _____      _____
Offender's Signature                        ID#                  Date

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL  62794-9277

Response: _____

_____      _____      _____
Print Counselor's Name              Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      _____
Chief Administrative Officer's Signature              Date

ILLINOIS DEPARTMENT OF CORRECTIONS



ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

were made per: Counselor Van Strien who reported that Health Care Administrator Deborah Jugua stated "I/m was seen on 10-3-06. Cleanings (basic) are not performed at WICC due to no dental hygienist. Dentist states no need for outside consult." (End of his response/report)

On 10-15-06 / 10-18-06 grievance officer Tara Goins made a response/report identical to the response/report of Clinical Service Counselor Van Strien (See 6/0 Report), making a Recommendation grievantor grievance be denied. Warden Roger Zimmerman concurred. 10-18-06.

These actn are deliberately committed in a sufficiently culpable state of mind. Each denial and distorted, incomplete response/report constitutes a violation(s) of grievants guaranteed constitutional rights as an inmate in the Illinois Department of Corrections. These deliberate actn blatantly violate the established Laws of IDOC medical DR 415. Each Administrator in their proper protocol were, have and continues to be made aware of the serious medical/dental need. They have, and continue to be made aware of the failures to provide Emergency medical-Dental treatments (including the urgent necessity to have an Outside medical/Dental provider treat grievants serious condition. Each Administrator or have and continues to be made aware how these denials have and continues to cause unwanted inflictions of pains - bleedings - headaches and degenerative gums! Honest Each one; (Warden Zimmerman = Health Care Administrator Deborah Jugua = Dr. Schultz the Dentist) have made their own rules against those established government and State Law, for inmates of IDOC, grievant included, to deny him treatment for serious medical/dental conditions needing immediate attention.

In addition, how could the Health Care Administrator make any type of statement as reported, as she only chose to report to the Counselor Van Strien 10-5-06, (the third visit grievant were examined by Dr. Schultz). Why did she not provide a complete report as the procedures of IDOC medical/Dental DR 415 request mandatory. In addition, the medical Records of grievants file are totally incomplete as to accurate reportings of all dental visits he were examined by Dr. Schultz, from the First visit of 7-5-06

Part # 3 of 3

my copy 3 of 4

## ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

| Date: 12-12-06 | Offender: (Please Print) Stevenson, michael | ID#: N-93509 |
|---|---|---|
| Present Facility: Western Illinois | Facility where grievance issue occurred: Western Illinois | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____  Date of Report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 8-6-06 the second, prior to 10-3-06 the only visit/examination Deborah Shugue reported to the counselor for response to grievants grievance. These at best are continued acts of Dexterity! Grievants serious medical condition warrants an immediate Outside Care providers treatment. For his gums are inflammed with excruciating pains, discomforts and headaches. It must be noted in the grievance Officers and counselors responses they each reported what Deborah Shugue said, not the

**Relief Requested:** See Front Page # 1 of 3

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ _____
Offender's Signature            ID#            Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____ _____
Chief Administrative Officer's Signature            Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**

(of 3)

Doctor/Dentist, stating "Dentist states No Need for outside Consult"! Where's the written report of Dr. Scholtz who actually examined grievant, not Deborah Inguca. It appears the Dentist has No authority in decision; however if you'd Examine the report he wrote 10-3-06, he recorded he suggested I get a transfer to a facility best equipped to accommodate my medical/dental condition.

Once a person official(s) is aware of a "Serious Medical/Dental Need or Condition) and so diagnosed of the same, yet denials and delays are committed intentionally (regardless of a budget interest) these acts are Constitutional violations of both State and Federal Laws. This is deliberate indifference and must be corrected and treated Medically Immediately without bias or retaliation.

Therefore, grievant request all the above be immediately remedied and medically treated, including a facility transfer for the purpose of medical equipment and provisions, as Dr. Scholtz has suggested to prevent further degeneration of gums, teeth decay, headaches, swollen and inflamed gums, which cannot be treated at Western Corr. Ctr due to budget, lack of equipment and dental hygienist.

Medical (DR 415) Dental = Determine the issue:
① (grievant has not received dental call).
② (Contact HCU Admin. - She was - made incomplete report)
③ (grievant is in compliance with DOC procedures).
Yet denied Serious Medical Treatment For Dental Needs.

In addition, let it be Noted, Each dentist report of 7-5-06/ 8-6-06/ 10-3-06 were incomplete to all the factual and discussions between Dr. Scholtz and Grievant. Dr. Scholtz misinformed the records as to (all) the facts and only reported a very small amount of evidence he personally examined on each of grievants dental visits that would appear No Need to Remedie or properly treats. Why? Yet made a recommendation For facility Transfer to get Adequate Dental Care. (See Attached Record

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

## Grievance Officer's Report

**Date Received:** December 13, 2006_____ **Date of Review:** December 28, 2006_____ **Grievance #** (optional): 06-0898E_____

**Offender:** Michael Stevenson_____ **ID#:** N93569_____

**Nature of Grievance:** Inmate is grieving medical treatment-dental.

**Facts Reviewed:** Emergency Grievance. Inmate's grievance reviewed. Inmate states that he has been requesting to receive emergency dental care. Inmate states that on 7-5-06 he was called to the dental unit and explained his needs. Inmate states he was seen again on 8-6-06 and asked for a cleaning and was informed that WICC does not have a dental hygienist. Inmate states he was seen again on 10-3-06 and Dr. Scholz informed him there is nothing that can be done at WICC and suggested inmate request a transfer to get appropriate medical attention. Inmate states he needs to be seen by an outside specialist since WICC can not give the necessary medical treatment needed. Inmate requests to have immediate medical/dental care provided (outside medical/dental treatment), transferred to a facility that is equipped to provide medical/dental treatment.

Dr. Scholz's response dated 12-19-06 reviewed. He states that IDOC uses the American Public Health Association categorization of Dental Patients (Administrative Directive 04.03.102). Category I being emergency and most severe and category VI being no symptoms or dental treatment needed. In my examination of Mr. Stevenson he appears to fall between category II and category III. Mr. Stevenson problems are not emergent. He has a chronic gingivitis which is generalized, usually a relatively painless gum chronic infection of long standing with some bleeding. Headaches are not addressed by the dental unit but by the physician.

According to OTS, inmate is eligible to request a transfer through his counselor as he has been at WICC for 6 months.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied.

_____          *Tara Goins*
Tara Goins                                          Grievance Officer's Signature
Print Grievance Officer's Name
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 12-28-06_____ [X] I concur    [ ] I do not concur    [ ] Remand

**Comments:**

_____                    12-28-06
Chief Administrative Officer's Signature                          Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*Stevenson, Michael L.*          N-93569          1-4-07
Offender's Signature                     ID#                    Date

Distribution: Master File; Offender; AW Programs          Page 1          DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

ate/Student Name

ate/Student I.D.#

ption Facility

Panorex

N93569   STEVENSON, MICHAEL
Age: 35         DOB: 11/21/1970
Race: BLK       Sex: M
NRC 04/21/2006                    12

Screening
DDS sig

Public Health Classification Screening Dates

eiving Inst.

Screening/routine exam at
receiving institution

☐ Schedule immediately at
receiving institution

Pathology

**RECEIVED**

DEC 15 2006

OFFICE OF
INMATE ISSUES

## MEDICAL HISTORY AND REMARKS

|  | Yes | No | Current Medication |
|---|---|---|---|
|  |  |  |  |

odontics
Surgery
odontics
rative
thetic

## EXISTING RESTORATIONS & MISSING TEETH

R
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
L

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

## TREATMENT NEEDED · COMPLETED RESTORATIONS

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Treatment Needed and
Completed Restorations

Existing Restorations and
Missing Teeth

R      L

R      L

| Date | Service Rendered | D.D.S. Signature | Date | Service Rendered | D.D.S. Signature |
|------|------------------|------------------|------|------------------|------------------|
| APR 2 1 2006 | R&C EXAM, PANX ORAL HYGIENE INSTRUCTIONS GIVEN | | | | |
| 9/15/06 | (R) to see DDS for bleeding gum exam to check wisdom teeth placements | [signature] | | | |
| 9/6/06 | 8AE THR3-00 complaining problems with his wisdom teeth coming out between them off | [signature] | | | |
| 10/03/06 12:30 p | work. Cleaning. off her bruised gum bunny soft tissue suggested recall for 6 monster | [signature] | | | |
| 10/24/06 1:50 p | W/S for panny ago possibly adult 2nd floss | [signature] | | | |

10-30-06

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____  Date _10, 29, 06_

Offender Name _Stevenson_  ID# _N-93569_  Housing Unit _2 B 14_

Pay to _____

    Address _____

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Legal mail Regarding Grievence about teeth Dep. dir. Ro 20-01_

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Stevenson_  ID# _N-93569_

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _02_ cents.

Distribution:  Business Office, Offender

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

*Printed on Recycled Paper*

---

12-13-06

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____  Date _12 - 12 - 06_

Offender Name _Stevenson_  ID# _N-93569_  Housing Unit _2 B-14_

Pay to _____

    Address _Legal Mail Only_ _Dep. Dir. meek DR-4/S_

    City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Stevenson_  ID# _N-93569_

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____  12/13

Postage applied in the amount of _0_ dollars and _63_ cents.  privileged

Distribution:  Business Office, Offender

DOC 0296 (Eff. 1/2006 )
(Replaces DC 828)

*Printed on Recycled Paper*

12-1306

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 12/12/06

Offender Name Stevenson  ID# N-93569  Housing Unit 2 B1U

Pay to _____

Address _____ payable Gov. B. DR-415

City, State, Zip _____ only

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Steven  ID# N-93569

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ O _____ dollars and _____ 87 _____ cents.

1 privilege

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 1/4/07

Offender Name Stevenson  ID# N93569  Housing Unit Seg 14

Pay to  STATE OF ILLINOIS

Address _____

City, State, Zip _____

The sum of _____ O _____ dollars and _____ 20 _____ cents charged to my trust fund

account, for the purpose of  4  LEGAL COPIES @ 5¢ ea.

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Stevenson  ID# N-93569

Witness Signature Mason

☑ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)