E-FILED
Tuesday, 10 July, 2007  11:21:57 AM
Clerk, U.S. District Court, ILCD

05415-R4178
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL STEVENSON, N93569, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-3108-HAB-CHE |
| | ) | |
| SCHOLZ, R. ZIMMERMAN, RODGER E. | ) | |
| WALKER, JR., MELODY FORD, D. | ) | |
| FUQUA, TARA GOINS, and VAN STRIEN. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SCHOLZ' ANSWER TO COMPLAINT

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's Complaint, states:

1.      Defendant admits that he is a dentist who has at times provided dental care to inmates at the Western Illinois Correctional Center.

2.      Defendant has no specific knowledge regarding the titles of other individuals, nor specific employers of the individuals, and therefore makes no comment as to any other parties' status in this case.

3.      Defendant denies that he is a state actor at all times.

4.      Defendant denies that Plaintiff has exhausted his administrative remedies without strict proof thereof.

5.      Defendant admits that he has seen Plaintiff in the course of his practice as a dentist.

6.      Defendant denies that Plaintiff's condition constitutes a serious medical need.

7.      Defendant admits that Plaintiff suffers from a moderate level of gingivitis.

8.      Defendant admits that gingivitis is a common condition.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

9.    Defendant denies that Plaintiff's condition was emergent.

10.    Defendant admits that in his opinion there was no need for an immediate outside consult.

11.    Defendant denies that any act or omission on his part constitutes deliberate indifference to a serious medical need.

12.    Defendant denies that any act or omission on his part caused any injury to this particular Plaintiff.

13.    Defendant denies that Plaintiff is entitled to any of the relief requested and further denies that Plaintiff was injured or was injured to the extent claimed.

WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., prays that this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

**<u>AFFIRMATIVE DEFENSES</u>**

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses to Plaintiff's Complaint, states:

1.    To the extent that Plaintiff is complaining of issues of acts or omissions which were attributable to someone other than Dr. Scholz, Defendant is entitled to judgment as a matter of law for lack of personal involvement.

2.    To the extent that Plaintiff has failed to exhaust his administrative remedies with respect to the issues alleged in this Complaint, Defendant is entitled to judgment as a matter of law.

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4178
TMP/ej

     3.     Defendant is entitled to qualified immunity with respect to the acts or omissions referenced in Plaintiff's Complaint.

     WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., prays that this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

Respectfully submitted,

ROBERT SCHOLZ, D.D.S., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:   /s/Theresa M. Powell
      Theresa M. Powell, #6230402
      HEYL, ROYSTER, VOELKER & ALLEN
      Suite 575, National City Center
      P. O. Box 1687
      Springfield, IL  62705
      Phone: (217) 522-8822
      Fax:    (217) 523-3902
      E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4178
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, I electronically filed **Defendant Scholz' Answer to Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on July 10, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Michael Stevenson, N93569
Western Illinois Correctional Center
Inmate Mail/Parcels
R. R. #4, Box 196
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822