IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL STEVENSON, Inmate #N93569, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. SCHOLZ, R. ZIMMERMAN, ROGER )<br>E. WALKER, JR., MELODY FORD, )<br>D. FUQUA, TARA GOINS, and )<br>VAN STRIEN, )<br>)<br>Defendants. ) | No. 07-3108 |

**ANSWER**

NOW COME the Defendants, MELODY FORD, DEBORAH FUQUA, TARA GOINS, STEVEN VANSTRIEN, ROGER E. WALKER, JR., and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby answer Plaintiff's complaint as follows:

**BACKGROUND**

Plaintiff, an inmate, is currently incarcerated at Western Illinois Correctional Center. On May 14, 2007, Plaintiff filed a 42 U.S.C. Section 1983 suit claiming that Defendants denied him access to dental care in violation of his Eighth Amendment rights. Defendants hereby submit their answer to Plaintiff's allegations.[1]

---

[1] In order to accurately respond to Plaintiff's claims in paragraph 1, Defendants have separated the paragraph into individual sentences.

1

## **STATEMENT OF CLAIM**

1.    a. I was seen by Dr. Scholz, the Dentist here at Western Illinois Corr. Center, on 7-5-06 and dianosed as having a gum disease, commonly known as gingivitis. (Sic).

**ANSWER:** Defendants admit Plaintiff's medical records indicate that he was seen by Dr. Scholz on July 5, 2006 and diagnosed with moderate gingivitis.

    b.  Upon my request I was seen by Dr. Scholz two more times and he subsequently concluded that there was noting he could do and suggested that I ask for a transfer to a facility that has a dental Hygienist.

**ANSWER:** Defendants lack knowledge as to whether or not Plaintiff requested to see Dr. Scholz. Defendants admit Plaintiff's dental records indicate he was seen by dental staff on August 6, 2006 and October 3, 2006. Defendants admit Plaintiff's dental records indicate that it was suggested to Plaintiff that he request a transfer.

    c. As suggested by Dr. Scholz, I asked For a transfer and was denied. (Sic).

**ANSWER:** Defendants lack knowledge as to whether or not Plaintiff requested a transfer.

    d. Soon thereafter, I filed a grievance for being denied dental treatment and requested that I receive some kind of treatment and it was denied based on the recommendations of Dr. Scholz, stating that there was no need for outside consult, contridicting his previous recommendations. (Sic).

**ANSWER:** Defendants admit Plaintiff filed a grievance regarding his dental treatment on September 13, 2006 that was denied on October 18, 2006.

  e. As a direct result, of Dr. Scholz's recommendations, I have been denied dental treatment.

**ANSWER:** Defendants deny the allegations set forth in Plaintiff's paragraph e.

  f. As a result of Dr. Scholz's actions and recommendations, I have been denied medical dental treatment.

**ANSWER:** Defendants deny the allegations set forth in Plaintiff's paragraph f.

 2. Defendants deny the claims set forth in Plaintiff's paragraph 2.

## RELIEF REQUESTED

1. Defendants deny that any of Plaintiff's constitutional rights were violated.

2. Defendants deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

Further answering and by way of affirmative defense, Defendants state as follows:

1. At all times relevant to Plaintiff's claims, Defendants acted in good faith in the performance of their official duties and without violating the Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

2. To the extent that Plaintiff sues these Defendants in their official capacity for damages, Defendants are protected from liability by the Eleventh Amendment.

3. Defendants assert that Plaintiff has failed to exhaust his administrative remedies.

4.     To the extent Plaintiff seeks damages for mental or emotional pain without physical injury, the claim is barred by the Prisoner Litigation Reform Act, 42 U.S.C. §1997e.

Respectfully submitted,

MELODY FORD, DEBORAH FUQUA, TARA GOINS, STEVEN VANSTRIEN, ROGER E. WALKER, JR., and ROGER ZIMMERMAN,

   Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Ellen C. Bruce
Ellen C. Bruce, #6288045
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  ebruce@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL STEVENSON, Inmate #N93569, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. SCHOLZ, R. ZIMMERMAN, ROGER )<br>E. WALKER, JR., MELODY FORD, )<br>D. FUQUA, TARA GOINS, and )<br>VAN STRIEN, )<br>)<br>Defendants. ) | No. 07-3108 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed Defendants' Answer with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theresa M. Powell
tpowell@hrva.com


and I hereby certify that on July 13, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Stevenson, #N93569
Western Illinois Correctional Center
Rural Route 4, Box 196
Mt. Sterling, Illinois  62353


Respectfully Submitted,
 s/ Ellen C. Bruce
Ellen C. Bruce, #6288045
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  ebruce@atg.state.il.us