E-FILED
Tuesday, 31 July, 2007 02:49:03 PM
Clerk, U.S. District Court, ILCD

JUL 31 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael Stevenson ) | |
|     Plaintiff, ) | |
| v. ) | No. 07-3108-HAB-CHE |
| Scholtz, et al. ) | |
|     Defendants. ) | |

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C.§ 1915 (e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

    1) Plaintiff can not afford to hire a lawyer. He has been granted leave to proceed in Forma Pauperis in this case.

    2) Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve subsatntial investigation and discovery.

    3) The issues in this case are complex. A lawyer would help Plaintiff to apply the law properly in briefs and before the court.

    4) A trial in this case will likely involve conflicting testimony. A lawyer would assist Plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

    5) Plaintiff has made repeated efforts to obtain representation. Attached to this motion are ~~four~~ three(3) letters from lawyers responding to said requests.

WHEREFORE, Plaintiff request that the court appoint counsel to him in this case.

Respectfully submitted, this the 27th day of July, 2007.

*Michael Stevenson*

Michael Stevenson

N-93569

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL STEVENSON )<br>　　PLAINTIFF, )<br>V. )<br> )<br>SCHOLTZ, et al., )<br>　　DEFENDANTS. ) | NO. 07-3108-HAB-CHE |

CERTIFICATE OF SERVICE

To: Ellen C. Bruce, #6288045
　　Assistant State attorney General
　　Attorney for Defendants
　　500 South Second Street
　　Springfield, IL 62706

To: Theresa M. Powell, #6230402
　　Heyl, Royster, Voelker & Allen
　　Suite 575, National City Center
　　P.O. Box 1687
　　Springfield, IL 62705

PLEASE TAKE NOTICE that on Friday, July 27th, 2007, I have placed Plaintiff's Motion for Appointment of Counsel, in the institutional mail at Western Il. C.C., properly addressed to the parties listed above for mailing through the U.S. Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above document, and that the information contained therein is true and correct to the best of my knowledge.

Date: Friday, July 27, 2007

　　　　　　　　　　　　　　　　　　　　　*Michael Stevenson*
　　　　　　　　　　　　　　　　　　　　　Michael Stevenson,
　　　　　　　　　　　　　　　　　　　　　Plaintiff

# JENNER&BLOCK

September 25, 2006

Jenner & Block LLP   Chicago
One IBM Plaza        Dallas
Chicago, IL 60611-7603   New York
Tel 312 222-9350     Washington, DC
www.jenner.com

Barry Levenstam
Tel 312 923-2735
Fax 312 840-7735
blevenstam@jenner.com

Michael L. Stevenson
R.R. #4, Box 196
Mt. Sterling, IL 62353
Register No.: N93569

Dear Mr. Stevenson,

Thank you for your request for pro bono representation. Your request for representation was confidentially circulated to the attorneys in the firm. Unfortunately, no one is able to undertake the representation you are seeking.

Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

Barry Levenstam/cp
Barry Levenstam
Co-Chair, Pro Bono Committee

BL/cp
Enclosure



# THE EDWIN F. MANDEL LEGAL AID CLINIC
## OF THE UNIVERSITY OF CHICAGO LAW SCHOOL
THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION
6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786
(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel

*Lawyers*
Herschella G. Conyers
Craig B. Futterman
Mark J. Heyrman
Jeffrey E. Leslie
Melissa Mather
Abner J. Mikva
Randall D. Schmidt
Randolph N. Stone

*Social Service Coordinator*
Michelle Geller

*Senior Advisor*
Norval Morris
(1923-2004)

January 11, 2007

Mr. Michael L. Stevenson
Reg. #N-93569
R.R. #4 Box 196
Mt. Sterling, IL    62353

Dear Mr. Stevenson:

The Mandel Legal Aid Clinic does not provide representation in your particular case. I suggest you contact the following groups:

Prisoner's Rights Research Project
University of Illinois College of Law
Champaign, IL 61820
(217) 333-0930

Chicago Lawyers Committee for Civil Rights
 Under Law, Inc.
100 N. LaSalle St. Ste. 600
Chicago, Illinois   60602
(312) 630-9744

If they are unable to help you please ask them for a referral as we have no one else for you to contact.  We are also returning your letter you sent us.

Sincerely,

**Edwin F. Mandel Legal Aid Clinic**





Professor Andrea D. Lyon
Associate Dean of Clinical Programs
Director, Center for Justice in Capital Cases
alyon1@depaul.edu

Ajitha L. Reddy
Associate Director
areddy6@depaul.edu

Mortimer "Mort" Smith, M.A.
Associate Director, Defense Investigation Certification Program
msmith44@depaul.edu

Molly Burke
Coordinator
mburke12@depaul.edu

College of Law
Center for Justice in Capital Cases
Suite 1050
25 East Jackson Boulevard
Chicago, Illinois 60604-2219
312/362-5837
FAX: 312/362-6918
www.law.depaul.edu/cjcc

February 14, 2007

Michael Stevenson
#N-93569
RR #4 Box 196
Mt. Sterling, IL 62353

Dear Mr. Stevenson:

Thank you for writing to us. We're sorry it took awhile to reply to your letter, but as you might imagine, our office has been flooded with letters from people asking us to look into their cases. We're very sorry that we will not be able to help everyone, but it is impossible for us to help everyone who has written to us.

We will probably not be able to help you with your case. However, in order to be able to even consider helping you, we need to ask you some very specific questions. Those questions are listed on the enclosed sheet of paper. Please answer those questions -- on both the front and back side of the enclosed sheet of paper -- as completely as possible and then return that information to us. Once we receive your information, we will be able to tell you for certain whether we will be able to help with your case.

Again, we need to emphasize that we will probably not be able to help you. We do not want you to think that by completing the information on the enclosed sheet, we have decided to help you with your case. We cannot make that decision until we receive the information on the enclosed sheet, and even when we receive your information, we regret that we will probably not be able to help you.

Sincerely,

Erin Buhl
Student Law Clerk
Center for Justice in Capital Cases