05415-R4178
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL STEVENSON, N93569, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3108-HAB-CHE |
| ) | |
| SCHOLZ, R. ZIMMERMAN, RODGER E. ) | |
| WALKER, JR., MELODY FORD, D. ) | |
| FUQUA, TARA GOINS, and VAN STRIEN.) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Motion for Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment, states:

1. Plaintiff filed a Motion for Summary Judgment on December 27, 2007.

2. Defendant's response to Plaintiff's Motion for Summary Judgment is due January 21, 2008.

3. Counsel for Defendant Shicker will be out of the office until January 21, 2008.

4. Therefore, undersigned counsel requests an extension of fourteen (14) days to respond to Plaintiff's Motion for Summary Judgment.

5. This motion is made in good faith to protect the interests of the Defendant and not to cause delay.

6. The dispositive motion deadline is not until March 17, 2008, and therefore, Plaintiff will not be unduly prejudiced by the short extension sought herein.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

      WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., respectfully requests an extension of time of fourteen (14) days, up to and including February 4, 2008, in which to respond to Plaintiff's Motion for Summary Judgment.

      Respectfully submitted,

      ROBERT SCHOLZ, D.D.S., Defendant,

      HEYL, ROYSTER, VOELKER & ALLEN,
      Attorneys for Defendant,

BY:  /s/Theresa M. Powell
      Theresa M. Powell, #6230402
      HEYL, ROYSTER, VOELKER & ALLEN
      Suite 575, National City Center
      P. O. Box 1687
      Springfield, IL  62705
      Phone: (217) 522-8822
      Fax:    (217) 523-3902
      E-mail:tpowell@hrva.com

HeylRoyster
Voelker
&Allen

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4178
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed **Motion for Extension of Time to File Response** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Ellen C. Bruce
> ebruce@atg.state.il.us

and I hereby certify that on January 4, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Michael Stevenson, N93569
> Western Illinois Correctional Center
> Inmate Mail/Parcels
> R. R. #4, Box 196
> Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822