United States District Court
Central District of Illinois

FILED
JAN 1 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 11 January, 2008 01:02:19 PM
Clerk, U.S. District Court, ILCD

Michael Stevenson )
     Plaintiff      )
                    )
v.                  )   No. 07-3108
                    )
Scholz et al        )
     Deffendant     )

## Notice of Address Change

Please be advised that on the Plaintiff has been relocated from Western Illinois correctional center to Illinois River correctional center located at Rt. 9 W. P.O. Box 1900, Canton, Il. 61520.

Please forward all corespondance to Plaintiff at the above aforementioned address.

Respectfully
s/ Michael Stevenson
Michael Stevenson
Register # N-93569
Rt. 9 W. P.O. Box 1900
Canton, Il. 61520
I.R.C.C.