IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL STEVENSON, Inmate #N93569,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. SCHOLZ, R. ZIMMERMAN, ROGER E. WALKER, JR., MELODY FORD, D. FUQUA, TARA GOINS, and VAN STRIEN,<br><br>    Defendants. | No. 07-3108 |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COME the Defendants, MELODY FORD, DEBORAH FUQUA, TARA GOINS, STEVEN VANSTRIEN, ROGER E. WALKER, JR., and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move this honorable Court for an enlargement of time, up to and including February 1, 2008, to respond to Plaintiff's Motion for Summary Judgment [#27], stating as follows:

    1.    Plaintiff, an inmate incarcerated within the Illinois Department of Corrections, filed the instant action alleging violations of his constitutional rights pursuant to 42 U.S.C. §1983.

    2.    On December 26, 2007, Plaintiff filed a Motion for Summary Judgment. [Court Documents #27, 27-2, 27-3].

      3.      Plaintiff sets forth material facts regarding his medical care and treatment. Defendants request additional time to obtain affidavits necessary to address Plaintiff's material facts to the extent that they involve his medical care and treatment.

      4.      This motion is not made for the purpose of undue delay, but rather, is made in good faith for the purpose of submitting a thorough and complete response to Plaintiff's motion.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request this honorable Court to grant them an enlargement of time, up to and including February 1, 2008, to respond to Plaintiff's Motion for Summary Judgment.

                Respectfully submitted,

                MELODY FORD, DEBORAH FUQUA,
                TARA GOINS, STEVEN VANSTRIEN,
                ROGER E. WALKER, JR., and ROGER
                ZIMMERMAN,

                  Defendants,

                LISA MADIGAN, Attorney General,
                State of Illinois

By:  s/ Ellen C. Bruce
      Ellen C. Bruce, #6288045
      Assistant Attorney General
      Attorney for Defendants
      500 South Second Street
      Springfield, Illinois 62706
      Telephone: (217) 782-9026
      Facsimile: (217) 524-5091
      E-Mail: ebruce@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL STEVENSON, Inmate #N93569, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-3108 |
| | ) | |
| DR. SCHOLZ, R. ZIMMERMAN, ROGER E. WALKER, JR., MELODY FORD, D. FUQUA, TARA GOINS, and VAN STRIEN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed a Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theresa Powell
tpowell@hrva.com

and I hereby certify that on January 18, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Stevenson, #N93569
Western Illinois Correctional Center
Rural Route 4, Box 196
Mt. Sterling, Illinois 62353

Respectfully Submitted,
 s/ Ellen C. Bruce
Ellen C. Bruce, #6288045
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: ebruce@atg.state.il.us