**E-FILED**
Monday, 11 February, 2008  09:03:18 AM
Clerk, U.S. District Court, ILCD

05415-R4178
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

MICHAEL STEVENSON, N93569,    )
    )
    Plaintiff,    )
    )
v.    )    No. 07-3108-HAB-CHE
    )
SCHOLZ, R. ZIMMERMAN, RODGER E. )
WALKER, JR., MELODY FORD, D.    )
FUQUA, TARA GOINS, and VAN STRIEN.)
    )
    Defendants.    )

### SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Supplemental Motion for Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment, states:

1.    Plaintiff filed a Motion for Summary Judgment. Defendant previously requested some additional time to respond to the Plaintiff's motion.

2.    In the meantime, the Plaintiff's deposition has been taken.

3.    The deadline for filing dispositive motions is March of 2008.

4.    Counsel has not yet received the deposition transcript of the Plaintiff, which may be helpful in preparing a responsive pleading to Plaintiff's Motion for Summary Judgment.

5.    Essentially, Defendant seeks to respond to Plaintiff's motion by filing his own Motion for Summary Judgment.

WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., prays that the Court will allow Defendant some additional time to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

ROBERT SCHOLZ, D.D.S., Defendant,

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

                                        HEYL, ROYSTER, VOELKER & ALLEN,
                                        Attorneys for Defendant,

                            BY:    /s/Theresa M. Powell
                                   Theresa M. Powell, #6230402
                                   HEYL, ROYSTER, VOELKER & ALLEN
                                   Suite 575, National City Center
                                   P. O. Box 1687
                                   Springfield, IL  62705
                                   Phone: (217) 522-8822
                                   Fax:    (217) 523-3902
                                   E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2008, I electronically filed **Supplemental Motion for Extension of Time to File Response** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Ellen C. Bruce
ebruce@atg.state.il.us

and I hereby certify that on February 11, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Michael Stevenson, N93569
Illinois River Correctional Center
Route 9 West
P. O. Box 1900
Canton, IL 61520

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822