E-FILED
Wednesday, 20 February, 2008 12:57:45 PM
Clerk, U.S. District Court, ILCD

0545-R4118
Tmp IDmW

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHAEL STEVENSON, Inmate    )
#N93569,                     )
                             )
            Plaintiff,       )
                             )
        -vs-                 )    No. 07-3108
                             )
DR. SCHOLZ, et al.,          )
                             )
            Defendant.       )

COPY

THE DEPOSITION OF MICHAEL STEVENSON, #N93569,

taken before Amy S. Powers, Illinois CSR

084-003053, RPR 038540, a Notary Public, on

Tuesday, the 29th day of January 2008, commencing

at the hour of 10:00 a.m., at Illinois River

Correctional Center, Route 9 West, in the City of

Canton, County of Fulton, and State of Illinois.

CIRCUIT WIDE REPORTING
Suite 316 Hill Arcade Building
Galesburg, Illinois 61401
(309) 343-3376 * 1-800-342-DEPO

**PRESENT:**

MICHAEL STEVENSON, #N93569
Illinois River Correctional Center
Route 9 West
Canton, Illinois 61520
    appearing Pro Se;

THERESA POWELL, ESQ.,
Heyl, Royster, Voelker & Allen
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, Illinois 62705-1687
    on behalf of Dr. Scholz;

ELLEN C. BRUCE, ESQ.,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
    on behalf of Melody Ford, Deborah
    Fuqua, Tara Goins, Steven Vanstrien,
    Roger E. Walker, Jr., and Roger
    Zimmerman.


## I N D E X

| WITNESS | PAGE |
|---|---|
| MICHAEL STEVENSON, #N93569, | |
| Examination by Ms. Bruce | 3 - 24 |
| Examination by Ms. Powell | 25 - 48 |
| Further Examination by Ms. Bruce | 48 - 51 |
| Certificate of Reporter | 53 - 54 |
| Signature Page | 55 |


EXHIBITS
  No Exhibits

```
 1    (Witness sworn.)
 2              MICHAEL STEVENSON, #N93569,
 3    having been first duly sworn, was examined and
 4    testified on his oath as follows:
 5
 6    DIRECT EXAMINATION BY MS. POWELL:
 7    Q.    Would you state your name, please.
 8    A.    Michael Stevenson.
 9    Q.    And you are currently incarcerated at the
10          Illinois River Correctional Center?
11    A.    Yes, ma'am.
12    Q.    How long have you been here at Illinois
13          River?
14    A.    About three weeks.
15    Q.    Okay.  Before that were you at the Western
16          Illinois Correctional Center?
17    A.    Yes.
18    Q.    And when were you first incarcerated at
19          Western?
20    A.    May '05 or June '05.
21    Q.    And before that were you at another
22          correctional facility, or is that the first
23          place?
24    A.    Cook County Jail.
```

1    Q.    Okay.  And how long were you at the Cook

2          County Jail?

3    A.    Eleven months.

4    Q.    Okay.  And before that where did you live?

5    A.    In Chicago.

6    Q.    Okay.  And are you on any medications that

7          would affect your ability to understand my

8          questions or to answer them?

9    A.    No.

10   Q.    And do you have a dentist in Chicago that

11         you regularly saw?

12   A.    No.

13   Q.    When's the last time you had seen a dentist

14         before you were incarcerated?

15   A.    Before incarceration?  Would that also be

16         Cook County Jail or before that?

17   Q.    Before that.

18   A.    When was the last time I seen a dentist?

19         It's been awhile.

20   Q.    You can't remember?

21   A.    No.

22   Q.    Okay.  And do you remember the name of the

23         dentist -- well, did you see a dentist while

24         you were in the Cook County Jail?

1    A.    Yes.

2    Q.    Do you remember the name of that dentist?

3    A.    No, I do not.

4    Q.    All right.  I'm here to ask you questions

5          today about your claim against Dr. Scholz,

6          the dentist at Western Illinois Correctional

7          Center.  And what are you saying that

8          Dr. Scholz did wrong?

9    A.    He didn't provide me medical care.

10   Q.    Okay.  What medical care are you saying he

11         didn't provide you?

12   A.    Whatever treats gingivitis and the pain that

13         I was having associated with gingivitis.

14   Q.    When was the first time that you were

15         diagnosed with gingivitis?

16   A.    7-05-06.

17   Q.    And was that the first time that you saw

18         Dr. Scholz?

19   A.    Yes.

20   Q.    And before 7-05-06 had you seen any other

21         dentists at Western Illinois Correctional

22         Center?

23   A.    No.

24   Q.    And maybe -- had you been at Western for a

1      year before you saw any dentist, or was it

2      just a few months?

3   A.  It was a few months.

4   Q.  Okay.  Because earlier you told me you went

5      to Western in May of '05.

6   A.  Oh, I'm sorry, yes, it was '06 then, I'm

7      sorry.

8   Q.  That's okay.  And then did you put in for --

9      see, your Motion for Summary Judgment says

10      you put in an emergency request to be seen

11      by a dentist; is that correct?

12   A.  Yes.

13   Q.  And then you were seen by Dr. Scholz on July

14      the 5th of '06, right?

15   A.  Correct.

16   Q.  Is it your understanding that he's the one

17      that actually diagnosed the gingivitis?

18   A.  Yes.

19   Q.  And do you understand how -- or what

20      gingivitis is?

21   A.  Yes.

22   Q.  What is your understanding of what

23      gingivitis is?

24   A.  Gingivitis is a periodontal gum disease.

1    Q.    Do you know the difference between
2          gingivitis and periodontal disease?
3    A.    No, I'm not a doctor.
4    Q.    Okay.
5    A.    But I just understand that it's a
6          periodontal gum disease.
7    Q.    Well, what's your understanding of what
8          periodontal means?
9    A.    I haven't the slightest idea.  I guess it
10         pertains to the mouth, teeth, gums.
11   Q.    And do you have an understanding as to how
12         long you had gingivitis?
13   A.    No.
14   Q.    And can you tell me what your dental hygiene
15         has been for the last five years before you
16         became incarcerated?
17   A.    Brush my teeth about once a day.
18   Q.    Have you ever had any fillings in your teeth
19         before you came to prison?
20   A.    One.
21   Q.    And when was that?
22   A.    I'm not sure, but somewhere in the mid '90s.
23   Q.    Okay.
24   A.    Maybe '97, '98, maybe at the end.

1   Q.   Okay.  Had you ever had your teeth
2        professionally cleaned by a dentist?
3   A.   Yes.
4   Q.   When was that?
5   A.   Probably around 2000 and 2005.
6   Q.   Was that two separate occasions?
7   A.   Yes.
8   Q.   So in 2000 you had your teeth cleaned and in
9        2005 you had your teeth cleaned?
10  A.   Yes.
11  Q.   Did you have problems with your teeth on
12       those occasions?
13  A.   No.
14  Q.   Do you remember the dentist who cleaned your
15       teeth?
16  A.   No.
17  Q.   And that was in Chicago?
18  A.   The one in 2000 was actually down here at
19       Illinois River.  And 2005 was in Cook County
20       Jail.
21  Q.   Have you ever had your teeth cleaned when
22       you were not in the prison or in a jail?
23  A.   No.
24  Q.   Would any dentist have x-rays of your teeth

```
 1        outside of the prison system?

 2   A.   Yes.

 3   Q.   Who was that?

 4   A.   Dr. Cross.

 5   Q.   And who is that?  Is he a dentist somewhere?

 6   A.   Yes.  His office used to be on 75th Street,

 7        somewhere around 2200 East 75th Street.

 8        Around 75th and Clyde.

 9   Q.   And when would you have seen him?

10   A.   All through my childhood.  All the way up to

11        about 14.

12   Q.   And how old are you now?

13   A.   I'm 37.

14   Q.   Okay.  So you're saying that Dr. Scholz

15        diagnosed you with gingivitis in July of

16        2006, right?

17   A.   Yes.

18   Q.   And you saw Dr. Scholz on a couple other

19        occasions?

20   A.   Yes.

21   Q.   In 2006, right?

22   A.   Yes.

23   Q.   And you're claiming that you wanted

24        treatment, some sort of treatment for your
```

```
 1        gingivitis, right?
 2   A.   Yes.  I didn't know at that time exactly
 3        what the treatment were -- was, but I
 4        assumed that he would give me some type of
 5        medication.
 6   Q.   For what?
 7   A.   For the bleeding, the swolled (sic) gums.  I
 8        didn't know that it was something that he
 9        would have to go do.  I thought it was some
10        type of pill, some time of medication or
11        something that I would gargle with.  At that
12        time that's what I believed.
13   Q.   Okay.
14   A.   But then I found out that in my stage of
15        gingivitis that he should have root planed
16        or scaled to alleviate the problem.
17   Q.   And at the time that you saw Dr. Scholz,
18        what did he tell you?
19   A.   He told me that it was more severe problems
20        at Western Illinois than to deal with my --
21        my gingivitis.  He said there was people
22        with teeth that needed to be pulled.
23   Q.   And you don't know what those problems were?
24   A.   Other people's problems?
```

1   Q.   Right.

2   A.   No, he just said it was more severe problems

3        than mine.

4   Q.   Okay.  And then what happened, anything?

5        Did you see Dr. Scholz again?

6   A.   I think I seen him a total of three or four

7        times before he decided to do anything.

8   Q.   Okay.  And it's my understanding from

9        looking at your records that you have

10       actually had your teeth scaled, right?

11  A.   Yes.

12  Q.   Okay.

13  A.   By Dr. Scholz.

14  Q.   So what injuries are you saying you

15       sustained as a result of anything Dr. Scholz

16       did or didn't do?

17  A.   Well, as far as I know, some of the things

18       remains to be -- remains to be seen.  But at

19       that time, you know, my gums were swolled

20       (sic), I couldn't eat.  I was just dealing

21       with a lot of pain, you know.  I couldn't

22       eat, I was -- the temperatures and heating

23       and things like that that went to my mouth,

24       all the things bothered me.

1    Q.    Okay.  You understand that your gums were

2          swollen because of the gingivitis, right?

3    A.    Yes.

4    Q.    And were you flossing your teeth?

5    A.    Yes.

6    Q.    When did you start flossing your teeth?

7    A.    When Dr. Scholz told me on 7-05-06.

8    Q.    And before 7-05-06 had you ever started

9          flossing your teeth?

10   A.    Well, I was flossing, but not on a regular

11         basis.

12   Q.    And are you flossing on a regular basis now?

13   A.    Yes.

14   Q.    And did Dr. Scholz explain to you that

15         gingivitis is caused by a build-up of plaque

16         on your teeth?

17   A.    Yes.

18   Q.    And poor dental hygiene?

19   A.    Yes.

20   Q.    So your gums were swollen, your gums were

21         bleeding, what else?

22   A.    They bled, my teeth began to loosen.

23   Q.    Did you lose any teeth?

24   A.    No.

1    Q.    Did you lose any weight?

2    A.    Yes.

3    Q.    How much?

4    A.    I could tell you though.  I think it was

5          somewhere about 20-something pounds.  I

6          think about 20-something pounds.

7    Q.    Were you on a diet during that time?

8    A.    No.  It was just like I couldn't eat a lot

9          of things.  The fish, chicken, bread,

10         cookies, chips, the noodles that you sold in

11         commissary was too spicy.  I couldn't eat

12         any of that stuff.  I tried to eat plain

13         noodles, any mushy vegetable.  I couldn't

14         eat corn.  A lot of the things affected me

15         and I just -- the pain was just -- was just

16         too great for me to deal with, so there's a

17         lot of things I couldn't eat.

18   Q.    So did you not go to the chow?

19   A.    Yeah, I went all the time.

20   Q.    All right.

21   A.    And ate what I could.

22   Q.    So you ate, but you just didn't eat as much?

23   A.    Yeah.  It was too painful.

24   Q.    And how long did that last?

1    A.   About a year.

2    Q.   Do you have any current problems?

3    A.   No.  Not that -- not associated with my

4         teeth.

5    Q.   Okay.  And other than what you've described,

6         did you have any other problems that you

7         associated with your teeth?

8    A.   At that time?

9    Q.   Right.

10   A.   No.  If it was, it was mask whatever pains I

11        was having.  Like I say, I'm not a dentist.

12        I just reported my symptoms to Dr. Scholz

13        and it just progressed.  It got worse and

14        worse.  I do have some type of problems now,

15        but I don't know if it's associated with the

16        gingivitis or not.  I'm waiting to see the

17        dentist down here.

18   Q.   And now that you're at Illinois River, you

19        don't see Dr. Scholz anymore, correct?

20   A.   No.

21   Q.   That's correct?

22   A.   Yes, that's correct.

23   Q.   And do you remember when the last time was

24        that you saw Dr. Scholz?

1   A.   No.  It had to -- it was sometime after
2        8-07.
3   Q.   Okay.  And how many times did Dr. Scholz do
4        the scaling?
5   A.   Once.
6   Q.   Okay.  And the root planing, that was all
7        done together, right?
8   A.   Yes.
9   Q.   And were they -- did you ever have your
10       teeth cleaned at the Cook County Jail?
11  A.   Yes.
12  Q.   How many times?
13  A.   Once.
14  Q.   And did they do anything else?
15  A.   No.
16  Q.   Did they take any x-rays of your teeth?
17  A.   No, not that I can remember.
18  Q.   And do you have copies of any of your dental
19       records from the Cook County Jail?
20  A.   No.
21  Q.   Did you have any conversations with your
22       dentist there about your teeth?
23  A.   At Cook County Jail?
24  Q.   Right.

E-FILED
Wednesday, 20 February, 2008  12:58:18 PM
Clerk, U.S. District Court, ILCD

```
1   A.   Regular conversation.

2   Q.   About your teeth with the dentist?

3   A.   She gave me oral health instructions after

4        she cleaned my teeth and told me to brush,

5        things like that, basic things.

6   Q.   Okay.  And in your Motion for Summary

7        Judgment, you indicate that you put in for

8        an emergency visit with the dentist when you

9        arrived at Western.  What was the problem

10       that you had when you got to Western?

11  A.   My teeth was beginning to -- my gums was

12       beginning to swell up and bleed.

13  Q.   And how long had that been going on?

14  A.   I don't know.

15  Q.   Well, was it --

16  A.   It seemed like it -- probably about a month.

17  Q.   And had you reported any of those problems

18       at the Cook County Jail?

19  A.   No, I didn't have that problem at Cook

20       County Jail.

21  Q.   So the problem -- the problems that you

22       described you developed while you were at

23       Western?

24  A.   No, I started recognizing them when I was in
```

```
 1          NRC.
 2    Q.    Is that Stateville?
 3    A.    Yeah, intake.
 4    Q.    Okay.  Well, when did you go to Stateville?
 5    A.    I don't know.
 6    Q.    Did you report any problems to the dentist
 7          at Stateville?
 8    A.    I think -- I don't know.  I'm not sure if I
 9          did or not.  It's a brisk process.  You
10          know, each department try to get you in and
11          out as quick as possible.  They just do --
12          as far as I know, they just -- they just
13          do -- I don't know, some type of primary
14          screening just to -- just an intake process.
15    Q.    Okay.  So if you --
16    A.    They don't really care about problems I
17          don't think.
18    Q.    So you don't recall any conversations you
19          had with any problems regarding complaints
20          about your teeth?
21    A.    No.  I just remember them doing x-rays.
22          That's about all I can remember that the
23          dentist did down there.
24    Q.    Okay.  The dentist where?
```

```
 1   A.   NRC.

 2   Q.   Oh, they did take x-rays of your teeth?

 3   A.   Yes.

 4   Q.   Okay.

 5   A.   Upon intake, that's what they do.

 6   Q.   And did they say anything to you about any

 7        problems they recognized with your teeth?

 8   A.   No.  They just -- they just noticed -- noted

 9        the teeth that I had missing.

10   Q.   Okay.  Have you had some teeth pulled?

11   A.   Yes.

12   Q.   And what was the problem?  Why did you have

13        to have your teeth pulled?

14   A.   One was cracking, one of the front -- I

15        don't know if they call them cisors (sic).

16   Q.   The incisors?

17   A.   Incisors.

18   Q.   Okay.

19   A.   One of them was cracked, so it was pulled.

20        My wisdom tooth, it was pulled because it

21        grew the wrong direction.

22   Q.   And that's the only teeth you've had taken

23        out?

24   A.   Yes.
```

1    Q.    Okay.  And was that all done while you were
2          incarcerated?
3    A.    The canine -- I mean, the wisdom tooth.
4    Q.    Okay.
5    A.    It was done in, I don't know, '97, '98 down
6          at Illinois River.
7    Q.    Okay.  And the other tooth?
8    A.    It was done maybe '84, '83, '85, somewhere
9          up in there.
10   Q.    Were you in school?  Were you still living
11         with your mom then?
12   A.    Yeah.
13   Q.    Do you know who did that?
14   A.    I pulled it out.  I pulled out it.
15   Q.    Oh, you pulled it out yourself.  Okay.  And
16         do you know how it got cracked?
17   A.    Yeah, I fell on my face.
18   Q.    Have you ever had any other problems with
19         your teeth?
20   A.    No, except for the cavity, the one cavity
21         that I have.
22   Q.    Do you have it now?
23   A.    The cavity?
24   Q.    Yes.

```
 1   A.   Yes, it's filled.

 2   Q.   Who filled that?

 3   A.   Dr. Downey, Illinois River.

 4   Q.   Are your gums swollen at this present time?

 5   A.   No.

 6   Q.   Do you have the bleeding anymore?

 7   A.   No.

 8   Q.   And did you gain the weight back?

 9   A.   No.

10   Q.   Did you want to?

11   A.   No.

12   Q.   You look better now, you feel better now

13        that you've lost some weight?

14   A.   Yeah.

15   Q.   That's a yes?

16   A.   Yes.

17   Q.   Okay.  Were you on an exercise program at

18        the time that you lost the weight?

19   A.   No.

20   Q.   Do you have any other -- do you have any

21        medical conditions like diabetes or anything

22        like that?

23   A.   No.  The only problem that I really could

24        see, you know, with my gums right now, that
```

```
 1          they -- they recess past the enamel line,

 2          and I'm still sensitive to cold and warm

 3          foods.

 4    Q.    Did you have a conversation with any dentist

 5          about that?

 6    A.    No, I'm waiting to see the dentist down here

 7          now.

 8    Q.    And are all your teeth sensitive, or just

 9          the one where you had the filling?

10    A.    No, the one on this side (indicating).  Some

11          type of black is growing in there, so I

12          don't know what it is.  I'm waiting to see

13          this dentist.

14    Q.    Is it just one tooth that has the

15          sensitivity?

16    A.    Yeah, pre-molars.

17    Q.    Is that tooth by any other -- by any of the

18          teeth that you had worked on?

19    A.    I don't understand.

20    Q.    Is the tooth that's sensitive, is it near

21          any of the teeth that you had worked on in

22          the past?

23    A.    Dr. Scholz worked on all of them.

24    Q.    Okay.  Well, is this tooth by any -- by the
```

```
1              tooth that has the filling?

2     A.       No.  On the other side.

3     Q.       Did you see a doctor about your complaints

4              of a headache?

5     A.       Yes, I did.

6     Q.       And which doctor did you see?

7     A.       Dr. Brown, the medical director from Wexford

8              Medical, on-site medical director or

9              something like that.

10    Q.       Did he treat you for your headaches?

11    A.       I can't recall if he -- if he gave me any

12             aspirin.  It seems to me like I remember

13             getting some aspirin, or they told me to go

14             to commissary or something.  He told me --

15             he looked at my teeth and said he was going

16             to speak to Dr. Scholz.

17    Q.       Okay.  And did he say that your headaches

18             were related to your teeth?

19    A.       No, he didn't say that.

20    Q.       Did any doctor ever say that your headaches

21             were related to your teeth?

22    A.       No.

23    Q.       And did any physician or dentist ever

24             indicate to you that your gingivitis was an
```

```
 1         emergent condition?
 2    A.   Dr. Brown -- Dr. Brown might have, because
 3         he said he was going to, you know, after he
 4         looked at my teeth when Dr. Scholz wouldn't
 5         see me anymore, because he kept telling me
 6         it's nothing I can do, and he wouldn't
 7         answer my request slips anymore, so I went
 8         to see the regular doctor, Dr. Brown.  And
 9         when he seen my teeth and had it was
10         bleeding and swolled (sic) up, he said he
11         was going to talk to Dr. Scholz about it.
12         So I don't know if that was -- if he
13         considered that an emergency at that time or
14         what, but he said he was going to speak to
15         him.  Unfortunately, Dr. Scholz wasn't there
16         that day and he -- Dr. Brown called me back
17         concerning my teeth and just said that he
18         was going to talk to him.  So I don't know.
19    Q.   Okay.  Did Dr. Brown send you out to the
20         hospital on any of the dates that he saw you
21         and looked at your teeth?
22    A.   No.
23    Q.   Okay.  And the conversation that you had
24         with Dr. Brown, was that before you had the
```

1       scaling done by Dr. Scholz?

2    A.   Yes.

3    Q.   Okay.  And how many times do you think you

4        saw Dr. Brown for your problems?

5    A.   Well, concerning this tooth?

6    Q.   Right.

7    A.   My teeth?  Twice.

8           MS. POWELL:  All right.  I don't think

9        I have any other questions.  Thanks.

10          THE WITNESS:  Can I have a copy of the

11       transcript?

12          MS. BRUCE:  I have some questions.  I

13       represent the other defendants.  I'm Ellen

14       Bruce.

15          MS. POWELL:  Then we'll talk to you at

16       the end.

17          THE WITNESS:  Oh, so you are --

18          MS. POWELL:  I just represent

19       Dr. Scholz.

20          THE WITNESS:  And your name?

21          MS. POWELL:  Theresa Powell.  And she

22       represents all the other people.

23          MS. BRUCE:  I represent Roger Walker,

24       Steven Vanstrien, Melody Ford, Deborah

```
 1        Fuqua, Tara Goins.

 2

 3    DIRECT EXAMINATION BY MS. BRUCE:

 4    Q.   Why are you suing Roger Walker?

 5    A.   Well, he could have done something about it.

 6         He's a director.

 7    Q.   Did you ever speak with Director Walker?

 8    A.   No.  Not personally.

 9    Q.   Did you -- how did you contact Mr. Walker?

10    A.   Through the grievance system, yes.

11    Q.   And did he respond to your grievances?

12    A.   I would say yes.

13    Q.   Would you recognize Roger Walker's

14         signatures?

15    A.   No, but I have it.  I have.  .  .

16    Q.   So is that the only reason why you're suing

17         him?

18    A.   Yes, because he -- I believe that he could

19         have done something to prevent this from

20         going this far, seeing as he is the

21         director.

22    Q.   Did you ever meet him face-to-face?

23    A.   No.

24    Q.   So he was never present at any of your
```

```
 1            dental visits that you had?

 2   A.      No.

 3   Q.      Or your doctor visits?

 4   A.      No.

 5   Q.      Do you know if he's a dentist, Director

 6            Walker?

 7   A.      No.  I'm quite sure he isn't.

 8   Q.      Why are you suing Roger Zimmerman?

 9   A.      He's the warden.  He could have done

10            something to prevent this from happening.

11   Q.      And what could he have done?

12   A.      I guess he could have seen -- made sure that

13            I have treatment for gingivitis for this

14            problem.

15   Q.      Did he know that you had gingivitis?

16   A.      I would say yes.

17   Q.      And how would he have known that you had

18            gingivitis?

19   A.      Through the grievance system.  I sent the

20            request slips.  And I spoke to him once on

21            the wing when he did a little, I guess,

22            called it a walk-by or whatever, and I spoke

23            to him.  And he told me when he seen my

24            teeth and gums, he said, yeah, you got a
```

```
 1        problem.  And he told me send a request
 2        slip.  I sent a request slip, never
 3        responded.
 4   Q.   Did he tell you to send -- well, first of
 5        all, when did you see him?
 6   A.   I don't know exactly when.  It was '06.
 7        Maybe it was somewhere around August.
 8   Q.   So you had been to the dentist at least once
 9        by that point?
10   A.   Yeah.
11   Q.   Who did he tell you to send the request slip
12        to?
13   A.   To him.
14   Q.   Does he schedule appointments in the
15        Healthcare Unit?
16   A.   Not that I know of.  But I'm quite sure that
17        he can do whatever he wants as the warden.
18   Q.   And did you send a request slip to
19        Mr. Zimmerman?
20   A.   Yes.
21   Q.   Okay.  What did you ask for in that request
22        slip?
23   A.   I reminded him that I was having problems
24        with my gingivitis and I wasn't being seen,
```

```
 1          I wasn't being treated for it.

 2   Q.     Do you have a copy of this request slip?

 3   A.     No.

 4   Q.     Did you get any response to your request

 5          slip that you had sent to Mr. Zimmerman?

 6   A.     No.  And I believe that's the reason why I

 7          started writing grievances.  I wrote an

 8          emergency grievance to him because I knew

 9          that would go directly to him.

10   Q.     And when did you write that grievance?

11   A.     It was either 9-10 -- it had to been 9-10 --

12          9-13-06.

13   Q.     And what was his response, or what was the

14          response with that grievance?

15   A.     It was -- he marked yes, expedite emergency

16          grievance.  Or was that 10?  I'm going to

17          find it right here for you.  Just a minute.

18   Q.     Do you remember what had happened with that

19          grievance?

20   A.     The normal procedure is that once he

21          expedited -- I mean once he mark it as an

22          emergency grievance, that it go direct to

23          the grievance officer.  And the grievance

24          officer -- that was 10-06-06.  When I wrote
```

1    the emergency grievance to -- it was 9-10,

2    the first one, the first one I gave you.

3  Q.  So your first grievance that you had filed

4    was an emergency grievance?

5  A.  Yes.

6  Q.  Okay.  And Director -- or, I'm sorry, Warden

7    Zimmerman had signed off on it as an

8    emergency grievance?

9  A.  Yes.

10  Q.  And then what happened next?

11  A.  It went to Tara Goins.  And she did some

12    type of -- she spoke to someone and

13    recommended that the grievance be denied,

14    and he concurred with it based on what she

15    said.

16  Q.  Do you know who she spoke with, Ms. Goins?

17  A.  She spoke with Deborah Fuqua and Dr. Scholz.

18  Q.  Okay.  And who is Debbie Fuqua?

19  A.  She was the Healthcare Administrator for

20    Western Illinois.

21  Q.  And were you present for any of these

22    conversations that Ms. Goins had with either

23    the dentist or Ms. Fuqua?

24  A.  No.

```
 1   Q.   So all the information that you have is

 2        contained in her grievance response?

 3   A.   Yes.

 4   Q.   Did you contact Mr. Zimmerman any other way

 5        than when you had seen him on your

 6        gallery --

 7   A.   After that I didn't see him anymore.

 8   Q.   When you said that he had looked at your

 9        teeth?

10   A.   Yes.

11   Q.   Is he a dentist?

12   A.   No.

13   Q.   You're also suing Melody Ford.  Why are you

14        suing Melody Ford?

15   A.   She reviewed my grievance after it was

16        denied and she recommended that it be denied

17        also based --

18   Q.   Do you know what her title is?

19   A.   She's a board member.

20   Q.   Is she a member of the Administrative Review

21        Board?

22   A.   Yeah.

23   Q.   And did you ever see her face-to-face?

24   A.   No.
```

E-FILED
Wednesday, 20 February, 2008  12:58:47 PM
Clerk, U.S. District Court, ILCD

1   Q.   So the only contact you had with her was

2        through her response to your grievance?

3   A.   Yes.

4   Q.   She denied it.  So she never saw your teeth?

5   A.   No.

6   Q.   She never had any idea other than the

7        information provided to her in the grievance

8        process?

9   A.   Yes.

10  Q.   Did you ever contact her through any other

11       way other than through the grievance

12       process?

13  A.   No.

14  Q.   So she was never present at the prison at

15       any of your visits or any of your dental

16       exams that you had had?

17  A.   No.

18  Q.   And then with Deborah Fuqua, why are you

19       suing her?

20  A.   She also could have -- that's the first

21       person that my dental request went to.  And

22       I believe she forwarded it to Dr. Scholz.

23       Sometime after that I wrote her more request

24       slips, let her know that Dr. Scholz wasn't

```
 1         giving me any treatment.  And I think in one
 2         of the grievances she wrote that I was seen.
 3         She just basically said I was seen by the
 4         dentist and that cleaning was not performed
 5         at WICC.
 6     Q.  How do you know your request slips went to
 7         Defendant Fuqua?
 8     A.  That's who I addressed them to.
 9     Q.  Do you think anybody else might have opened
10         those requests?
11     A.  It's possible.
12     Q.  How did you file these requests?
13     A.  Through the request procedures that they
14         have down in Western.
15     Q.  So you didn't hand them directly to
16         Defendant Fuqua?
17     A.  No, no.
18     Q.  Did you ever meet with her face-to-face?
19     A.  No.
20     Q.  So was her only interaction then through the
21         grievance process?
22     A.  Grievance process and request slips.
23     Q.  Was she ever at -- present for any of your
24         dental treatment?
```

1    A.    No, not that I know of.

2    Q.    Was she ever present at any of your doctor's

3          exams that you had in relation to your

4          treatment?

5    A.    Not that I know of, because I don't even

6          know how she looks, so she could have been

7          standing right next to me and I don't know.

8    Q.    So you've never seen her?

9    A.    No.

10   Q.    As far as you know?

11   A.    As far as I know.

12   Q.    Okay.  Why are you suing Tara Goins?

13   A.    Tara Goins, she's the grievance officer and

14         she could have, you know, she could have --

15         she could have done more than what she done.

16         She could have reviewed all the facts that I

17         gave to her.  She could have seen me

18         personally if she wanted to.  And she could

19         have recommended to Warden Zimmerman that I

20         be seen by a dentist or somebody by the

21         outside.  That was her job.  And she never

22         seen me.  She just took the information that

23         was inside of my reports, my grievance

24         reports, and went off of that.

```
 1   Q.   What facts did you provide her with?
 2   A.   As much as possible.  That my teeth was
 3        bleeding, that I seen the dentist, what his
 4        responses were, that I was in pain, that I
 5        couldn't eat, that I believe I also outlined
 6        to her that by me not receiving treatment,
 7        that this was some sort of cruel and unusual
 8        punishment.
 9   Q.   Was all this information in your grievance,
10        or did you provide her with additional
11        information?
12   A.   It was in my grievance.
13   Q.   And how do you know that she didn't take
14        that into account when she responded to your
15        grievance?  Just because she decided that
16        you didn't -- that she denied your
17        grievance?  Is that what you.  .  .
18   A.   Well, I figured if she read the grievance,
19        then she would have took all them things
20        into account.  And, I mean, her response was
21        based upon a review of all total available
22        information.  She recommended that the
23        grievance be denied.  So I'm assuming off of
24        what her recommendations say, a total review
```

1    of all available information, she said that

2    she think that my grievance should be

3    denied.  So she -- she say a total review,

4    meaning that she read my grievance, and I

5    guess in total and all.

6  Q.  Do you think she took into consideration

7    information from the Healthcare Unit?

8  A.  Do I think she did?

9  Q.  Yes.

10  A.  I think she spoke to them and wrote their

11    responses down, but I don't -- I don't think

12    she really took them into consideration.

13  Q.  Okay.  And you said that she had never met

14    with you face-to-face?

15  A.  Tara Goins, no.

16  Q.  So your only interaction with her then was

17    through the grievance process?

18  A.  Yes.

19  Q.  So she was never present at any of your

20    dental treatment?

21  A.  No.

22  Q.  As far as you know, is she a dentist?

23  A.  No.

24  Q.  Does she have any medical background, as far

1          as you know?

2     A.   Not that I know.

3     Q.   Is there any other reason that you were

4          suing her for, or is it just what we've

5          talked about?

6     A.   Just what we've talked with.  I believe she

7          could have -- at each one of these points I

8          believe that this could have been remedied.

9          Each one of them had the authority to do so

10         and it was -- it was within their physical

11         capacity to give me dental -- to give me

12         dental treatment.  Any one of them could

13         have.  Even the counselor could have

14         spoke -- could have did more than he did

15         instead of him -- I don't know if he talked

16         to these people -- it seemed like one of the

17         counselors might have spoke to Deb Fuqua and

18         Dr. Scholz, but it seemed like that's it.

19         It was just -- just filling in the blanks.

20    Q.   Okay.  And --

21    A.   Going through the red tape.

22    Q.   How would you say they could have remedied

23         the situation; what would have been the

24         remedy in your view?

1   A.   In the beginning of the -- my gingivitis

2        problem, I think that maybe some type of

3        products could have been provided to subdue

4        gingivitis.  At that time I was seeing

5        dental products that says fights gingivitis

6        or reverses gingivitis, and I asked Dr.

7        Scholz if I could pay for them products

8        myself, and he told me no.  So --

9   Q.   Did you ever ask the defendants that we've

10       been talking about right now for these

11       products?

12  A.   Just Dr. Scholz, 'cause I knew that was the

13       only person that could provide them to me.

14  Q.   So is it your understanding then that the

15       other defendants could not have prescribed

16       any of these products that you had seen on

17       television?

18  A.   Yes.

19  Q.   Is it your understanding that any of the

20       defendants could not have prescribed any

21       treatment for you?

22  A.   All except for the warden.  The warden could

23       have okayed for me to get products,

24       different products if I was paying for them.

```
 1          I seen situations like that before.

 2    Q.    Were these prescription products?

 3    A.    No, not prescription products.  Crest.  Over

 4          the counter products.  Crest.  Mouthwash and

 5          different --

 6    Q.    Did you ask for that stuff, Warden

 7          Zimmerman?

 8    A.    No, I knew the procedure was to go through

 9          Dr. Scholz and he would have to do some type

10          of paperwork and then get the warden to okay

11          it, and he refused to do that.

12    Q.    And did you make this request in writing?

13    A.    I spoke to Dr. Scholz in person about that.

14    Q.    Okay.  Were any of the defendants present

15          when you spoke with Dr. Scholz about this?

16    A.    No.

17    Q.    You also said that the defendants had the

18          authority to -- from my perspective it

19          sounds like to override the doctor's -- what

20          he had decided to do.

21    A.    No, but -- not the authority to override

22          what he said, but I believe that they had

23          the authority to look into this issue a

24          little bit more than what they did and could
```

```
 1              have recommended that treatment be given to

 2              me by Dr. Scholz or someone other than

 3              Dr. Scholz.

 4       Q.     Do you think that they had the authority to

 5              override Dr. Scholz's opinion?

 6       A.     If it's wrong, I believe so.

 7       Q.     Okay.  Do you think again, do you think that

 8              any of these defendants that we've been

 9              speaking about were dentists or had medical

10              backgrounds?

11       A.     No, but I think anybody could have seen that

12              it was a problem.  Just open my mouth and

13              look at it.  And I think a two-year-old

14              child with this could have seen, hey,

15              there's a problem there --

16       Q.     Did any of these defendants -- you said that

17              Roger Zimmerman had seen your mouth, your

18              issues.  Had any of the other defendants

19              looked into your mouth to see what was going

20              on?

21       A.     I believe maybe the counselor, one of the

22              counselors that I saw.

23       Q.     Which one was it?

24       A.     One of the counselors I saw showed my teeth
```

```
 1        to.
 2   Q.   Did you show them -- was it Steven
 3        Vanstrien?
 4   A.   Yeah.
 5   Q.   And when did that happen?
 6   A.   I don't know the exact date, but it was
 7        sometime in '06.  It had to been 8, 9, 10.
 8   Q.   Where did that take place?
 9   A.   In Western Illinois.
10   Q.   Where did you see Mr. Vanstrien?
11   A.   Oh, the counselor.  Housing Unit 4.
12   Q.   And was this before or after you filed a
13        grievance?
14   A.   This was before.
15   Q.   Why had he come to your housing unit?
16   A.   Why?
17   Q.   Yes.
18   A.   He was a counselor.  He was our assigned
19        counselor.
20   Q.   Did he visit on a regular basis?
21   A.   Yes.
22   Q.   Did you complain to him of your dental care?
23   A.   I wrote the grievance.  And when I wrote the
24        grievance, I think I went to his office and
```

```
 1        seen him and I told him I was having
 2        problems with my teeth.  And I -- I believe
 3        I tried to show him my teeth and he said,
 4        well, he's going to check into it.  And I
 5        got a response back and he say -- well, he
 6        didn't say that he spoke.  The response was
 7        from Deb Fuqua, and she said that she spoke
 8        to Dr. Scholz.  That response is in my first
 9        grievance dated 9-13-06.
10   Q.   How often did you see Mr. Vanstrien?
11   A.   I think I seen him once.
12   Q.   And so at that one time that you saw him is
13        when you showed him your teeth?
14   A.   Yeah.
15   Q.   Okay.  And was he a dentist?
16   A.   No.
17   Q.   Did he have the authority to override any of
18        the doctor's decisions that they were going
19        to make about your dental care and
20        treatment?
21   A.   No.
22   Q.   So he wasn't somebody that came around to
23        your housing unit on a regular basis then?
24   A.   Yes.
```

| | | |
|---|---|---|
| 1 | Q. | But you only spoke with him once? |
| 2 | A. | Yes, concerning this issue. |
| 3 | Q. | Did you speak with him about other issues |
| 4 | | that you had then? |
| 5 | A. | I don't know if I did or not. |
| 6 | Q. | So you would see -- how often would you see |
| 7 | | him in your housing unit?  Like how often |
| 8 | | did he make rounds? |
| 9 | A. | I think he was there three, four times a |
| 10 | | week maybe. |
| 11 | Q. | And were you in the same housing unit your |
| 12 | | entire time at Western? |
| 13 | A. | No. |
| 14 | Q. | So was he the counselor that went to each |
| 15 | | housing unit when you moved? |
| 16 | A. | He was only in one housing unit. |
| 17 | Q. | How long were you in that housing unit for? |
| 18 | A. | A few weeks maybe. |
| 19 | Q. | Okay.  And you had said earlier that you |
| 20 | | only complained to him one time about your |
| 21 | | dental care? |
| 22 | A. | Uh-huh.  Uh-huh.  Yes, that's correct. |
| 23 | Q. | In your complaints you talk about you had |
| 24 | | asked for a transfer because the doctor had |

```
 1            recommended that if you wanted treatment,

 2            that you could go to another facility where

 3            they might be able to offer you --

 4      A.   Yes.

 5      Q.   Did you ask for a transfer?

 6      A.   Yes.

 7      Q.   Okay.  When did you ask for this transfer?

 8      A.   I believe I was in Housing Unit 2 at the

 9            time.  But I didn't ask formally, you

10            know -- I spoke to a counselor.  And the

11            counselor --

12      Q.   Was it Defendant Vanstrien?

13      A.   Yes, it was a different one.  I asked the

14            counselor about a medical transfer, and the

15            counselor told me that if that -- that kind

16            of transfer need to be requested by a

17            doctor, which was Dr. Scholz.  So they

18            was -- I felt like they was sending me in

19            circles.  One was saying this, another one

20            was saying that.

21      Q.   Did the doctor say that you needed to ask

22            for a medical transfer or --

23      A.   He suggested that.

24      Q.   Okay.  Could you have been -- could you have
```

1      requested you just be transferred, not a

2      medical transfer?

3  A.  Not at that time.  I mean I could have, but

4      it would have been denied.

5  Q.  Why would it have been denied?

6  A.  I didn't have enough time in the

7      institution.  Their policy is they have to

8      observe a person for at least six months

9      before you can request a transfer.

10  Q.  Okay.  So you don't know when you had asked

11      for that transfer?  Was it in September of

12      '06?  When did you ask for it?  Even when

13      you had just informally asked for it.

14  A.  It was right after Dr. Scholz suggested it

15      to me.

16  Q.  So was that at your July 5, 2006, meeting?

17  A.  No, that was in 10-03-06.

18  Q.  And did you ask for a transfer anytime after

19      that?

20  A.  Anytime after that point, yes, I did.

21  Q.  When did you ask for a transfer a second

22      time?

23  A.  It wasn't concerning the medical transfer.

24      It was just a regular transfer.  And that --

```
 1          that was 7-27-07.
 2     Q.   And who did you send that request to?
 3     A.   Karen Wear, W-E-A-R.
 4     Q.   And had you requested from her earlier for
 5          your first request, or did you just ask the
 6          counselor and you were told you wouldn't be
 7          able to transfer?
 8     A.   No, my transfer was approved.
 9     Q.   Your July 27, '07, transfer?
10     A.   Yes.
11     Q.   Okay.  When you had originally asked the
12          counselor about the medical transfer the
13          first time around, did you ever file a
14          formal transfer request?
15     A.   No, I did it the same way you supposed to
16          do.  You go in the counselor's office and
17          ask for a transfer.
18     Q.   Which counselor was that again that you had
19          gone to the first time?
20     A.   I don't know.
21     Q.   Do you know if it was Defendant Vanstrien?
22     A.   No, it wasn't Vanstrien.
23     Q.   Okay.  Okay.  So none of the defendants that
24          we've been talking about denied your
```

E-FILED
Wednesday, 20 February, 2008 12:59:13 PM
Clerk, U.S. District Court, ILCD

1          transfer?

2    A.    Well, it wasn't denied.  They told me the

3          proper procedure.  And they said for a

4          medical transfer have to be done through the

5          doctor.  And at that time I knew the doctor,

6          he didn't want to see me no more.  He wasn't

7          even answering my request slips anymore.

8    Q.    So did you ask any of the defendants for a

9          transfer that first time back in 2006?

10   A.    No.

11   Q.    And then when you requested the transfer

12         July 27 of 2007, your request was granted?

13   A.    Yes.

14   Q.    And did any of the defendants -- were any of

15         the defendants involved with this July 27,

16         2007, transfer?

17   A.    I don't know that process and who all is

18         involved.

19   Q.    Okay.  But your response -- your request was

20         granted?

21   A.    Yes.

22   Q.    And had you requested to be transferred to

23         Illinois River?

24   A.    Yes.

1    Q.    Did you -- how does it -- did you ask for

2          several facilities and you just got one of

3          them that you requested?

4    A.    I think it was three facilities, but

5          Illinois River was the primary place that I

6          explored.  It was my initial request.

7    Q.    Okay.  And you've been here now for three

8          weeks?

9    A.    Yes.

10   Q.    Is there any other reason why you're suing

11         the defendants that we've been speaking

12         about today?

13   A.    No, except for I believe that they could

14         have -- they could have stopped this before

15         it even got this far, either one of them, if

16         they wanted to.

17   Q.    And how could they have stopped it?

18   A.    As far as their job description.  The

19         orientation manual, if you have a problem,

20         you first go to a counselor.  If the

21         counselor can't solve the problem, you can

22         write a grievance.  The grievance go back to

23         the counselor.  If it's not resolved, it go

24         to the grievance officer.  If it's not

1    resolved on that level, then it can go to

2    the Administrative Review Board.  So I did

3    all that.

4  Q.  And all those steps were followed?

5  A.  Yes.

6  Q.  And the only issue that you have is the

7    outcome that they did not grant your

8    grievance or the issues that you complained

9    of in your grievance?

10  A.  Yes.

11  Q.  That your grievance had been denied?

12  A.  Yes.

13    MS. BRUCE:  I don't have any other

14    questions.

15    MS. POWELL:  I just have a couple

16    more.

17

18  **REDIRECT EXAMINATION BY MS. POWELL:**

19  Q.  How long do you brush your teeth?

20  A.  About two minutes.

21  Q.  Did you get any refreshers on how to brush

22    your teeth from the Dental Department?  Did

23    you ask for that?

24  A.  From Dr. Scholz?

```
 1   Q.   From anyone there.

 2   A.   No, I went to a book in the library, John

 3        Hopkins Medical Reference.  Dr. Scholz did

 4        them for me.  He said I need to brush after

 5        every meal, at least after every meal, and

 6        floss after every meal.

 7   Q.   And are you doing that now?

 8   A.   Yes.  I brush after every meal.  I brush

 9        when I wake up.  I brush before I go to

10        sleep.

11   Q.   And would you agree that that has helped?

12   A.   At that time it wasn't doing nothing.

13   Q.   Well, would you agree that it's helped your

14        condition now?

15   A.   No.

16   Q.   You wouldn't agree to that?

17   A.   No.

18   Q.   That it's helping your condition?

19   A.   No.

20   Q.   Why not?

21   A.   It's basic dental hygiene.  And, I mean, I'm

22        not a dentist.  I don't know if it's

23        helping, but I believe that this was what I

24        done for a year and it didn't -- it didn't
```

1    do anything.  My gingivitis progressed, if

2    anything.  So I'm assuming that it -- it

3    didn't help then, it's not helping now.  And

4    maybe in some type of way, I don't know,

5    maybe it is.  Maybe it keeps the plaque down

6    and that.  I don't know.

7  Q.  Describe what I would have seen in your

8    mouth during the time you were complaining

9    of these problems.

10 A.  Red, swollen gums, been blood around them.

11    That's about what you would have seen.

12 Q.  And how long --

13 A.  A mouth full of blood.

14 Q.  And how long were your teeth like that -- or

15    were your gums like that?

16 A.  About a year.  But it wasn't -- the severity

17    was changed throughout the year.  It wasn't

18    constant.  It went from like maybe every two

19    or three days it would bleed, and then when

20    it started to -- it wasn't all the way up to

21    just constant bleeding.

22 Q.  Did your gums bleed when you brushed your

23    teeth?

24 A.  Yeah, severely.

1   Q.   Did they bleed when you would floss your

2        teeth?

3   A.   Severely, yes.

4   Q.   And when you floss now, has that gone away?

5   A.   It's gone away now.  All the symptoms -- all

6        the symptoms I tell you about, told you

7        about, they stopped about a week -- about a

8        week, week and a half after Dr. Scholz root

9        planed and scaled my teeth and gave me the

10       antibiotics.  So I feel like that year of

11       suffering and going through all that pain

12       was unnecessary when he could have done that

13       in the first place when he first diagnosed

14       me with my gingivitis.  That would have been

15       over with.  But like he told me, he had more

16       severe problems to deal with than me.

17            MS. POWELL:  All right.  I don't have

18        any other questions.  Thank you.

19             You have a right to read the

20       deposition transcript to review it to make

21       sure that the court reporter took everything

22       down accurately.  Or you can waive that

23       right and assume that she did it.  But you

24       have to let us know today whether you want

1    to review it or whether you want to waive

2    that right.

3         THE WITNESS:  And so how do I review

4    it?  What does that entail?

5         MS. POWELL:  The deposition transcript

6    will be sent to the correctional facility

7    and they will bring you in a room and have

8    you look at it.

9         THE WITNESS:  So I couldn't pay for a

10   copy?

11        MS. POWELL:  You can buy a copy as

12   well.

13        THE WITNESS:  Okay.  Okay.

14        MS. POWELL:  That's completely

15   separate.  Off the record.

16

17

18

19

20

21        FURTHER DEPONENT SAITH NOT.

22

23

24

1  STATE OF ILLINOIS  )
                       )
2  COUNTY OF KNOX      )

3

4

5              C E R T I F I C A T E

6     I, Amy S. Powers, CSR, RPR, a Notary Public

7  duly commissioned and qualified in the State of

8  Illinois, DO HEREBY CERTIFY that pursuant to

9  notice there came before me on the 29th day of

10  January 2008, at Illinois River Correctional

11  Center, Route 9 West, in the City of Canton,

12  County of Fulton, and State of Illinois, the

13  following named person, to wit:

14

15              MICHAEL STEVENSON, #N93569,

16

17  who was by me first duly sworn to testify to the

18  truth and nothing but the truth of his knowledge

19  touching and concerning the matters in

20  controversy in this cause and that he was

21  thereupon carefully examined upon his oath and

22  his examination immediately reduced to shorthand

23  by means of stenotype by me.

24     I ALSO CERTIFY that the deposition is a true

1   record of the testimony given by the witness and

2   that the necessity of calling the court reporter

3   at time of trial for the purpose of

4   authenticating said transcript was also waived.

5        I FURTHER CERTIFY THAT I am neither attorney

6   or counsel for, nor related to or employed by,

7   any of the parties to the action in which this

8   deposition is taken, and further, that I am not a

9   relative or employee of any attorney or counsel

10  employed by the parties hereto, or financially

11  interested in the action.

12       IN WITNESS WHEREOF, I have hereunto set my

13  hand and affixed my notarial seal at Galesburg,

14  Illinois, this 15th day of February 2008.

15

16

17  _____
    AMY S. POWERS
    Certified Shorthand
18  Reporter

19

20  "OFFICIAL SEAL"
    Amy S. Powers
    Notary Public, State of Illinois
21  My Commission Exp. 07/21/2009

22

23

24

<u>SIGNATURE PAGE</u>

1

2    MICHAEL STEVENSON, Inmate    )
     #N93569,                     )
3                                 )
                      Plaintiff,  )
4                                 )
                  -vs-            )    No. 07-3108
5                                 )
     DR. SCHOLZ, et al.,          )
6                                 )
                      Defendant.  )
7

8        I hereby certify that I have read the
     foregoing transcript of my deposition, consisting
9    of pages        through        inclusive, and I do
     again subscribe and make oath that the same is a
10   true, correct, and complete transcript of my
     deposition given as aforesaid, with corrections,
11   if any, appearing on the attached correction
     sheet(s).
12
             Please check one:
13           _____ I have submitted correction(s).
             _____ No corrections were noted.
14
             Dated this _____ day of _____,
15           A.D., 2008.

16           SIGNED _____
                    Michael Stevenson, #N93569
17

18           Subscribed and sworn to before me this
             _____ day of _____, 2008.
19

20           _____
             Notary Public
21

22           My commission expires

23           _____

24