E-FILED
Friday, 07 March, 2008  12:39:18 PM
Clerk, U.S. District Court, ILCD

05415-R4178
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL STEVENSON, N93569, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-3108-HAB-CHE |
| ) | |
| SCHOLZ, R. ZIMMERMAN, RODGER E. ) | |
| WALKER, JR., MELODY FORD, D. ) | |
| FUQUA, TARA GOINS, and VAN STRIEN.) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Motion for Extension of Time to File Dispositive Motion, states:

1. The Court in this case has set a deadline for filing dispositive motions for March 17, 2008.

2. On January 29, 2008, the parties took the deposition of Michael Stevenson. At that time, it was learned that Mr. Stevenson had been seen on dates beyond those dates documented in the records received from the Department of Corrections in August of 2007. (See correspondence sent to the Department of Corrections on August 28, 2007, attached hereto as Exhibit A.)

3. Shortly after Plaintiff's deposition, defense counsel sent a request to the Department of Corrections for updated records from 2007 to the present so that said records could be included and reference in the Defendant's Motion for Summary Judgment. (See Exhibit B.)

4. At this time, those records have not yet been received by Defendant's counsel.

5. Defense counsel believes that those records may be helpful with respect to Defendant's Motion for Summary Judgment.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

6. Accordingly, Defendant would pray that this Court would grant Defendant up to and including April 15, 2008 to file a Motion for Summary Judgment in this case.

7. Defendant is not filing this motion in an effort to unduly delay this matter, but sincerely requests some additional time in order to obtain all documents which may be relevant to this case before filing his Motion for Summary Judgment.

8. As the Plaintiff moved from the Western Illinois Correctional Center to the Illinois River Correctional Center, Defendant no longer has direct access to the Plaintiff's medical records without the assistance of the Department to provide those records per subpoena.

WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., prays that this Court will grant Defendant's extension of time.

    Respectfully submitted,

    ROBERT SCHOLZ, D.D.S., Defendant,

    HEYL, ROYSTER, VOELKER & ALLEN,
    Attorneys for Defendant,

BY:   /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL 62705
    Phone: (217) 522-8822
    Fax: (217) 523-3902
    E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4178
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed **Motion for Extension of Time to File Dispositive Motion** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Ellen C. Bruce
ebruce@atg.state.il.us

and I hereby certify that on March 7, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Michael Stevenson, N93569
Illinois River Correctional Center
Route 9 West
P. O. Box 1900
Canton, IL 61520

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822



Suite 575, National City Center
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFIN
DAVID A. PERKINS
MARK J. McCLENATHAN
LISA A. LaCONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
SCOTT G. SALEMI
ROBERT M. BENNETT
MATTHEW R. BOOKER
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILK
TAMARA K. HACKMANN
DREW M. SCHILLING
HEIDI E. RUCKMAN
JENNIFER B. JOHNSON
WILLIAM J. CHARNOCK
DAVID M. WALTER
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
MICHAEL F. DANIELS
APRIL G. TROEMPER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
DEBORAH A. HAWKINS
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
JEFFREY T. BASH
ANDREW J. ROTH
ADAM J. LAGOCKI
JANA L. BRADY
GREGORY J. RASTATTER
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. WELCH
SARA A. INGRAM
STACIE K. LINDER
CHARLES S. ANDERSON
NATHANIEL E. STRICKLER
SHANA T. VINSON
DANA M. JOHNSON

August 28, 2007

*Via Certified Mail*

Ms. Tina DeJaynes
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

IN RE:    Stevenson v. Scholz, et al.
          Inmate: Michael Stevenson, N93569
          Our File No. 05415-R4178

Dear Ms. DeJaynes:

Enclosed please find a HIPAA Qualified Protective Order entered by the Central District Court and a subpoena. Pursuant to these documents, please forward to us the materials identified in the documents for the time period of 2005 to the present. At this time, we ask that you not send X-rays or other films, but only reports of the same.

Thank you for your cooperation in this regard.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By: *FILE COPY*
Theresa M. Powell
Ext. 235
tpowell@hrva.com
TMP/ej

Enclosures

cc:    Michael Stevenson, N93569
       Ms. Ellen C. Bruce

**EXHIBIT A**

05415-R4178
TMP/ej

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

MICHAEL STEVENSON, N93569,

                Plaintiff,

V.

DR. SCHOLZ, et al.,

                Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 07-3108

**TO:** WESTERN ILLNOIS CORRECTIONAL CENTER, c/o Tina DeJaynes, R. R. #4, Box 196, Mt. Sterling, IL 62353

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All records, including all dental records, from 2005 to the present for Inmate, Michael Stevenson, N93569

| PLACE | DATE AND TIME |
|---|---|
| Heyl, Royster, Voelker & Allen, Springfield, IL | September 19, 2007 at 1:30 p.m |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Theresa Powell*     Theresa M. Powell | August 28, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen, Suite 575 National City Center, Springfield, IL 62701; (217) 522-8822

AO 88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Western Illinois Correctional Center | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| E. Elaine Jarman | Legal Secretary |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  08/28/07
            DATE

SIGNATURE OF SERVER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
ADDRESS OF SERVER
Springfield, IL 62701
(217) 522-8822

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Ms. Tine DeJaynes
Street, Apt. No.; Western Illinois Correctional Center
or PO Box No. #4, Box 196
City, State, ZIP+4 Mt. Sterling, IL  62353

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Tine DeJaynes
   Western Illinois Correctional
      Center
   R. R. #4  Box 196
   Mt. Sterling, IL  62353

   05415-R4178   TMP/ej

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Sievers          ☒ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C Sievers                        8-21-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0002 3002 0322

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# HEYL ROYSTER
# VOELKER & ALLEN

Suite 575, National City Center
1 North Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFIN
DAVID A. PERKINS
MARK J. McCLENATHAN
LISA A. LaCONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
SCOTT G. SALEMI
ROBERT M. BENNETT
MATTHEW R. BOOKER
DOUGLAS R. HEISE
MICHAEL D. SCHAG
TAMARA K. HACKMANN
DREW M. SCHILLING
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
MICHAEL D. CLARK
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILDE
HEIDI E. RUCKMAN
JENNIFER B. JOHNSON
WILLIAM J. CHARNOCK
DAVID M. WALTER
JOHN P. HEIL, JR.
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
MICHAEL F. DANIELS
THOMAS J. DLUSKI
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
JEFFREY T. BASH
ANDREW J. ROTH
ADAM J. LAGOCKI
JANA L. BRADY
GREGORY J. RASTATTER
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
CHRISTINE A. HEINSZ
MATTHEW J. MORRIS
LYNSEY A. WELCH
SARA A. INGRAM
STACIE K. LINDER
CHARLES S. ANDERSON
NATHANIEL E. STRICKLER
SHANA T. VINSON
DANA J. HUGHES
GARY C. PINTER
BRIAN M. SMITH
JESSE A. PLACHER
CHRISTOPHER T. POLILLI

February 12, 2008

*Via Certified Mail*

Illinois River Correctional Center
Records Custodian
Route 9 West
P.O. Box 999
Canton, IL 61520

IN RE:   Stevenson v. Scholz, et al.
         Inmate: Michael Stevenson, N93569
         Our File No. 05415-R4178

Dear Records Custodian:

Enclosed please find a HIPAA Qualified Protective Order entered by the Central District Court and a subpoena. Pursuant to these documents, please forward to us the materials identified in the documents for the time period of 2007 to the present. At this time, we ask that you not send X-rays or other films, but only reports of the same.

Thank you for your cooperation in this regard.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

By:
Theresa M. Powell
Ext. 235
tpowell@hrva.com
TMP/ej

Enclosures

cc:   Michael Stevenson, N93569
      Ms. Ellen C. Bruce



EXHIBIT B

05415-R4178
TMP/ej

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

MICHAEL STEVENSON, N93569,

　　　　　　　　　　Plaintiff,

V.

DR. SCHOLZ, et al.,

　　　　　　　　　　Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 07-3108

TO: ILLNOIS RIVER CORRECTIONAL CENTER, c/o Records Custodian, Route 9 West, P. O. Box 999, Canton, IL 61520

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All records, including all dental records, from September 2007 to the present for Inmate, Michael Steve N93569

| PLACE | DATE AND TIME |
|---|---|
| Heyl, Royster, Voelker & Allen, Springfield, IL | February 29, 2008 at 1:30 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Theresa Powell*　　　Theresa M. Powell | February 12, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen, Suite 575 National City Center, Springfield, IL 62701; (217) 522-8822

AO 88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Illinois River Correctional Center | Certified Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| E. Elaine Jarman | Legal Secretary |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  02/12/08
　　　　　　　　DATE

SIGNATURE OF SERVER
Heyl, Royster, Voelker & Allen
Suite 575 National City Center
ADDRESS OF SERVER
Springfield, IL 62701
(217) 522-8822

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 0710 0002 1627 5805

Sent To: Illinois River Correctional Center
Street, Apt. No.; or PO Box No.: Route 9 West, P. O. Box 999
City, State, ZIP+4: Canton, IL  61520

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Illinois River Correctional Center
Records Custodian
Route 9 West
P. O. Box 999
Canton, IL  61520

05415-R4178    TMP/ej

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Hordesly        ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Hordesly
C. Date of Delivery: 2-13-0?

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[FEB 13 2006 postmark]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 1627 5805

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154