IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL STEVENSON, Inmate #N93569, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DR. SCHOLZ, et al., ) <br> ) <br> Defendants. ) | No. 07-3108 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, MELODY FORD, DEBORAH FUQUA, TARA GOINS, STEVEN VANSTRIEN, ROGER E. WALKER, JR., and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), move this Honorable Court to enter summary judgment in favor of the defendants.  In support thereof, Defendants state as follows:

1. Plaintiff has failed to prove the personal involvement Defendant Walker in this matter.

2. Plaintiff has failed to prove an Eighth Amendment violation for deliberate indifference towards Plaintiff's medical care.

3. Plaintiff is not entitled to injunctive relief.

4. Claims against Defendants in their official capacity are barred by the Eleventh Amendment.

1

5.  Defendants are entitled to qualified immunity.

A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

        Respectfully submitted,

        MELODY FORD, DEBORAH FUQUA, TARA GOINS, STEVEN VANSTRIEN, ROGER E. WALKER, JR., and ROGER ZIMMERMAN,

         Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Ellen C. Bruce
     Ellen C. Bruce, #6288045
     Assistant Attorney General
     Attorney for Defendants
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  ebruce@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL STEVENSON, Inmate #N93569, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DR. SCHOLZ, et al., )<br>)<br>Defendants. ) | No. 07-3108 |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 17, 2008, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Theresa Powell
    tpowell@hrva.com

and I hereby certify that on March 17, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

    Michael Stevenson, #N93569
    Illinois River Correctional Center
    Route 9 West
    Post Office Box 1900
    Canton, Illinois  61520

    Respectfully Submitted,
     s/ Ellen C. Bruce
    Ellen C. Bruce, #6288045
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  ebruce@atg.state.il.us