Michael Stevenson
Plaintiff,
V.                                    No-07-3108
Dr. Scholz, et al.,
Defendants.

Declaration in opposition to defendant's Motion for Summary Judgment

Michael Stevenson declares under Penalty of Perjury:

1. I am the Plaintiff in the above entitled case. I make this declaration in opposition to defendant's motion for Summary Judgment on my claim concerning deliberate indifference towards me by defendants R. Zimmerman, Rodger E. Walker, JR., Melody Ford, D. Fugua, Tara goings and Vanstrien.

2. The defendant's Affidavits claim, in summary, that I, the Plaintiff, received treatment concerning my gingivitis. They assert that they based their decisions on the recommendations of one another.

(1)

3. The defendants are not entitled to summary judgment because there are genuine issues of material facts to be resolved. These issues are identified in the accompanying statement of Disputed factual issues filled by the plaintiff. The facts are set out in this declaration.

4. On 9-13-06 I submitted a grievance claiming that I was being denied medical treatment and it was sent back to me with brief incomplete naritives from defendants D. Fuqua and Dr. Schulz.

5. On or about 10-15-06 I submitted the grievance dated 9-13-06 to the grievance officer for futher review because I felt that my grievance was not resolved

6. On 10-17-06 The grievance officer Tara going, recommended that my grievance be denied base on the brief incomplete statements of defendant's D. Fuqua and Dr. Schulz.

7. On 10-6-06 I submitted an emergency grievance to the Warden, defendant, R. Zimmerman claiming that I was being denied dental treatment and that my rights were being violated and he declared it not to be an emergency

(2)

8. On 12-12-06 I submitted another emergency grievance, that was reworded but said saw things to defendant, R. Zimmerman and it was declared to be an emergency.

9. The grievance submitted 12-12-06 and declared an emergency was reviewed by defendant Tara going and was denied based on her findings.

10. Shortly after that I sent the grievance to Springfield (A.R.B.) for review and it was further denied.

11. Contrary to the defendants affidavits I did not receive any treatment at that time.

12. The forgoing factual allegations create a genuine issue of material fact and will, if proved at trial entitle me to judgment, as explained in the brief submitted with this declaration

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the forgoing is true and correct

Michael Stevenson
4-9-08

(3)