In The United States District Courts
Central District of Illinois

Michael Stevenson
Plaintiff
V.                                   No.-07-3108
Dr. Scholz, et al.,
Defendants.

Plaintiff Statement of undisputed Facts

1. Whether the Plaintiff's filed grievances pointing out his Medical problems

2. Whether the Plaintiff grievances Asserted that his Constitutional Rights were being Violated.

3. Whether the plaintiff received Any Medical Attention during the period that he filed Complaints regarding denial of Medical care.

Michael Stevenson
4-9-08

(1)