E-FILED
Tuesday, 22 April, 2008 11:23:11 AM
Clerk, U.S. District Court, ILCD

IN the United States District Court
Central District of Illinois

Michael Stevenson,
  Plaintiff,
v.                              No. 07-3108
Dr. Scholz et al,
  Defendants.

Motion for enlargment of time.

Now comes the Plaintiff Michael Stevenson Pro Se and moves this Honorable court for a motion for enlargment of time to respond to defendants motion for summary Judgment. As grounds Plaintiff states the following:

1. On April 15, 2008. Attorney for defendant Scholz filed motion for summary Judgment

2. Plaintiff Received defendants motion for summary Judgment on April 16, 2008

3. Plaintiff is unable to respond to defendants motion for summary Judgment

due to being Placed in the infirmary.

4. Plaintiff is not able to respond to defendant motion for summary Judgment because there is no Law Library in the infirmary.

5. IN order for Plaintiff to respond to defendant motion Plaintiff must have access to the LAW Library.

6. Plaintiff's motion for enlargment of time is not done to Prejiduce defendant.

7. Plaintiff motion for enlargment of time is ~~done~~ made in good faith

8. Wherefore Plaintiff Prays this Court grant his motion for enlargment of time Pusuant to Fed Rule

*Michael Stenerson*
April 16, 2008

State of Illinois    )
                     ) SS.
County of Fulton     )

## Affidavit

I, Michael Stevenson, being first duly sworn upon oath do hereby depose and state that the following statements are true and correct. I further state as follows:

On 4-10-08 I was placed in the prison infirmary for a problem relating to my Lymphatic system. As a result of said problems I have been in much pain. The doctor has determined that my problem will have to be observed and possibly treated for an unknown amount of time. I as well as the doctors don't know how long I will be here at this point However they are certain that they will know more after a byopsy is performed at the end of this month.

/s/ Michael Stevens
Affiant Pro Se

under the penalties as provided by law pursuant to 735 ILCS 5/1-109, 28 U.S.C. §1746, and 18 U.S.C. 1621, that the statements set fourth are true and correct.    Michael Stevens

State of Illinois )
County of Fulton ) ss.
           )

## Affidavit

I, Jay Yotton A.P.N., being first duly sworn upon oath do hereby depose and state that the following statements are true and correct. I further state as follows:

Mr. Stevenson has been admitted to the Illinois River Correctional Infirmary for the purpose of evaluation and treatment of an ongoing medical problem. At this time the length of this stay is indefinite.

Jay A Yotton
Advance Practice Nurse

/s/ _____
Affiant - Pro se

Notary Public
Signed this 17th day of
April 2008

Lisa A. Buckhart

"OFFICIAL SEAL"
Lisa A. Buckhart
Notary Public, State of Illinois
My Commission Exp. 08/22/2008