To whom it may concern;

I am the Plaintiff in the above civil Proceding and am unable to make the necessary copies required for all Parties. I have sent my original to the clerk of the court. CAn you Please send the necessary Parties and me a copy of my motion for enlargment of time and bill me as Needed?

*Michael Ster* [signature]