05415-R4178
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL STEVENSON, N93569,    )
                              )
             Plaintiff,       )
                              )
    v.                        )    No. 07-3108-HAB-CHE
                              )
SCHOLZ, R. ZIMMERMAN, RODGER E.)
WALKER, JR., MELODY FORD, D.  )
FUQUA, TARA GOINS, and VAN STRIEN.)
                              )
             Defendants.      )

**REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Reply to Plaintiff's Response to Motion for Summary Judgment, states:

**Response to Plaintiff's Statement of Undisputed Facts**

Plaintiff's Statement on Undisputed Facts appears to be questions rather than statements of fact.

1. Whether the Plaintiffs (sic) filed grievances pointing out his medical problems.

**Immaterial. It is immaterial whether the Plaintiff filed grievances relating to his medical problems. What is relevant to this case is whether or not the Plaintiff perfected the grievance process and exhausted his administrative remedies.**

2. Whether the Plaintiff grievances asserted that his constitutional rights were being violated.

**Immaterial. It is immaterial whether the Plaintiff filed grievances relating to his medical problems. What is relevant to this case is whether or not the Plaintiff perfected the grievance process and exhausted his administrative remedies.**

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

    3.    Whether the Plaintiff received any medical attention during the period that he filed complaints regarding denial of medical care.

**Immaterial. It is immaterial and irrelevant whether the Plaintiff received medical attention during the period of time that he filed complaints concerning an alleged denial of medical care. What is relevant to this case relates only to the issue of whether or not the Plaintiff suffered a serious medical need and whether or not the Defendant acted with deliberate indifference to that need.**

    Respectfully submitted,

    ROBERT SCHOLZ, D.D.S., Defendant,

    HEYL, ROYSTER, VOELKER & ALLEN,
    Attorneys for Defendant,

BY:    /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:   (217) 523-3902
    E-mail:tpowell@hrva.com



HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed **Reply to Plaintiff's Response to Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Ellen C. Bruce
ebruce@atg.state.il.us

and I hereby certify that on April 28, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Michael Stevenson, N93569
Illinois River Correctional Center
Route 9 West
P. O. Box 1900
Canton, IL 61520

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822