E-FILED
Monday, 19 May, 2008 03:19:42 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN the united States District Court
Central District of Illinois

Michael Stevenson,
   Plaintiff,
v.                                    No 07-3108
Dr. Scholz et al.,
   Defendant.

Response to ~~Plaintiff's~~ Defendant material Facts claimed to be undisputed

Undisputed material Fact # 8

8. Notes of Dr. Scholz' care and treatment from July 5, 2006 through Sept. 12, 2008 are shown on Exhibit 1-D

Plaintiff denies that he was given treatment ~~through~~ From July 5, 2006 through Sept. 12, 2008. Plaintiff Recieved treatment on Aug. 8, 2008 approx. 1 year after request for treatment.

Undisputed material Fact # 12

12. IN Dr. Scholz' Practice as one of the dentist at Western Illinois correctional Center, he took care of inmates' teeth in order of worst to best. Mr. Stevenson did

not have a significantly serious condition to warrent immediate treatment for his complaints. There were many other inmates who had immediate and emergent Problems that needed to be addressed first.

Plaintiff denies ~~Dr. Scholz was~~ there was more then one dentist as Dr. Scholz implys. As far as the Plaintiff know Dr. Scholz was the only dentist on call. Plaintiff also denies that there was inmates with more severe Plablems then his. Defendant Scholz failed to show that there was inmate with more severe dental Problem than his.

undisputed material fact # 14

14. Mr. Stevenson's moderate gingivitist was not a Category I condition.

Plaintiff denies that his gingivitis remained moderate through out All the stages. As noted by Dr. Scholz Plaintiff gingivitis Progressed from moderate to chronic. Defendant Exhibit G

Undisputed material fact # 22

22. Mr. Stevenson complained of terrible pain, headaches, and severe bleeding. Dr. Scholz noted that on examination, there was no objective evidence to varify the complaints made by the Plaintiff in his grievance. Dr. Scholz found no dental reason to be causing Plaintiff's complained of pain or headaches. He saw no severe bleeding.

Plaintiff denies that Dr. Scholz did not note on examination that Plaintiff's gums were bleeding. During the grievance procedure Dr. Scholz related to defendant Tara Goings that Mr. Stevenson had chronic infection of long standing with some bleeding. See Plaintiff grievance dated 12-12-06

Undisputed material fact # 30

30. Dr. Scholz considered Mr. Stevenson's gingivitis to be moderate. This level of gingivitis did not, in itself, create a risk of substandail harm to Mr. Stevenson.

Plaintiff denies that he had moderate gingivitis at all times. Right before given treatment Dr. Scholz noted that Plaintiffs gingivitis progressed from moderate to chronic. Plaintiff also denies that ~~chronic~~ his level of gingivitist could not have caused serious harm. Dr. Scholz admitted that if allowed to progress for a couple of years, that Plaintiff may be ~~Plated~~ Placed at increased risk of serious harm. See Response to Plaintiff's request for Admissions #9.

Undisputed material Fact # 34

34. At no time did mr. Stevenson ever suggest to Dr. Scholz that he was having any difficulty eating

Plaintiff denies that he never informed Dr. Scholz of having difficulties with eating. During an examination had on 9-6-06, the Plaintiff complained of having food getting packed between his due to eating. Plaintiff als asked for a soft diet but the record is in com

Pletc. Defendant Exhibit G

Undisputed material Fact # 48

48. Mr. Stevenson suffered from moderate gingivitis.

Plaintiff denies that he suffered from moderate gingivitis at all times See Defendant Exhibit G

Undisputed material fact # 62

62. ... Again, Mr. Stevenson makes no reference to Dr. Brown about having any problems with his teeth.

Plaintiff denies that he never spoke to Dr. Brown about his teeth. See Defendants Exhibit D

Argument

Summary Judgment is appropriate only when the non-moving party fails to make a showing sufficient to establish the existance of an element essential to that party's case and on which that party will bear the burden of proof at trial. Celotex Corp. v. Catrett, 477 U.S. 317, 322, 106 S. Ct. 2548, 91 L.E.2d 265 (1986)

The affidavits of the plaintiff and the defendants are squarely contradictory as to the care and treatment given, when it was given, and why it was given. The Plaintiff's affidavit portrays a completely needless act of not provided dental treatment to the Plaintiff. The Plaintiff depended on dental care by the defendant and was tolly at defendant's mercy. There is clearly a genuine issue of fact.

Wherefore, Plaintiff, Michael Stevenson, prays this court will deny Defendant's motion for Summary Judgment and will grant Plaintiff's motion for Summary Judgment.

Respectfully Submitted

Michael Stevenson
N93569 I.R.C.C.
P.o. Box 1400
Canton, Il. 61520

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/109, I declare, under Penalty of Perjury that I am the named Party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: May 8, 2008

*Michael Stevenson*
Michael Stevenson
N93569
I.R.C.C.
P.O. Box 1900
Canton Il., 61520

STATE OF ILLINOIS
SS
COUNTY OF _____

IN THE

United States District Court
Central District of Illinois

Michael Stevenson )
~~Respondent~~ Plaintiff )
) CASE NO. 07-3108
vs )
Dr. Scholz et al, )
Defendant )

NOTICE OF FILING

TO: Clerk of court   TO: _____   TO: _____

1 Original & ___ copy     ___ copy(ies)     ___ copy(ies)

PLEASE TAKE NOTE that on the 8 day of May 2008, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) Declaration in opposition to defendant motion for summary judgment
2) Response to Defendant material facts claim to be undisputed
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

AFFIDAVIT OF SERVICE

I, Michael Stevenson, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # 1 located at Ill. River Correctional Center in Canto, IL for delivery as 1st Class Mail.

s/s Michael Stevenson
NAME: Michael Stevenson
IDOC Reg. No. N-93569

Subscribed and sworn to before me this ___ day of _____, ___.

_____
NOTARY PUBLIC

Revised Jan 2002