05415-R4178
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL STEVENSON, N93569,      )
                                )
         Plaintiff,             )
                                )
    v.                          )     No. 07-3108-HAB-CHE
                                )
SCHOLZ, R. ZIMMERMAN, RODGER E. )
WALKER, JR., MELODY FORD, D.    )
FUQUA, TARA GOINS, and VAN STRIEN.)
                                )
         Defendants.            )

**REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, ROBERT SCHOLZ, D.D.S., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Reply to Plaintiff's Response, states:

1. The Plaintiff has filed a response to the Defendant's Motion for Summary Judgment. The Plaintiff has not submitted any medical evidence to refute the facts established in Defendant's Motion for Summary Judgment. Defendant admits that Plaintiff was diagnosed as having moderate gingivitis in 2006. Defendant also admits that he provided a root scaling and planing in August of 2007.

2. The Plaintiff's claim is one for delay. Plaintiff has no medical evidence to indicate that he has been detrimentally affected by the delay in receiving this particular course of care.

3. Moreover, the Plaintiff has no evidence to indicate that the condition of his gums constituted a serious medical need. Plaintiff was deficient in brushing his teeth. Poor dental hygiene may lead to bleeding gums. Bleeding gums do not suggest the patient has a serious medical need. The patient may have a medical condition in the form of gingivitis. This does not automatically suggest a serious condition. It also does not mean that the individual requires any particular course

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

of care at all given points in time. Dr. Scholz indicated that at the time he evaluated the patient, he did not believe that Plaintiff was at serious risk of harm as a result of that condition. The condition was not emergent and did not require that the patient be sent out for emergent care at that time. When the patient's condition worsened, Dr. Scholz determined that action was necessary and he took it.

4. In order for the Plaintiff to establish the necessary elements of his cause of action, he must prove that Defendant Scholz had a subjective knowledge that the patient was in need of a specific course of care and was deliberately indifferent to that serious medical need.

5. In this case, Defendant Scholz establishes that, in his opinion, the patient did not require any particular course of care when he was first seen. The patient's condition was not serious at that time.

6. The Plaintiff is arguing that because he was provided care on one date, he should been provided that course of care on an earlier date.

7. Defendant is aware that the current case law indicates that dental needs may constitute serious medical needs. It appears that <u>Wynn v. Southward</u> is being interpreted to suggest that plaintiffs with teeth necessarily suffer from a serious medical need. This cannot be the case.

WHEREFORE, Defendant, ROBERT SCHOLZ, D.D.S., prays that this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

Respectfully submitted,

ROBERT SCHOLZ, D.D.S., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY: /s/Theresa M. Powell

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL  62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4178
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed **Reply to Plaintiff's Response to Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Ellen C. Bruce
    ebruce@atg.state.il.us

and I hereby certify that on June 3, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

    Michael Stevenson, N93569
    Illinois River Correctional Center
    Route 9 West
    P. O. Box 1900
    Canton, IL 61520

    /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822