FILED
AUG 18 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 18 August, 2008  02:25:21 PM
Clerk, U.S. District Court, ILCD

8/13/08

RE: Michael Stevenson v. Scholz et al
  No 07-3108

Can you please advise me on the current status of my case? If any mail has been sent to me concerning the above named case, I have not received.

Thank you for your assistance in this matter.

Michael Stevenson

P.S. In the alternative, please send me a status report.